FILED

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
2 | Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
3 | jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
4 | pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
5 | Los Angeles, California 90067-6055
Telephone:  (310) 228-3700
6 | Facsimile:  (310) 228-3701

12 DEC 12  PM 3: 40

CLERK U S  DISTRICT COURT
CENTRAL DIST  OF CALIF
LOS ANGELES

BY:_____

7 | Attorneys for Plaintiff Lions Gate
Entertainment, Inc.

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | WESTERN DIVISION

12 | LIONS GATE ENTERTAINMENT,
INC., a Delaware corporation,

Case No. CV12- 10653 JFW(FFMx)

13 | Plaintiff,

**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, TRADEMARK DILUTION, UNFAIR COMPETITION, AND COPYRIGHT INFRINGEMENT**

14

15 | v.

16 | YAGOOZON, INC., a Delaware
corporation, WINNING COSTUMES,
LLC, a Florida limited liability

**DEMAND FOR JURY TRIAL**

17 | company, BENJAMIN LIGERI, an
individual, JUSTIN LIGERI, an

18 | individual, SINO CREATION GIFTS
AND PROMOTION CO., LTD., and

19 | DOES 1-10, inclusive,

20 | Defendants.

21

22 | Plaintiff Lions Gate Entertainment, Inc. ("Lions Gate"), for its complaint

23 | against defendants Yagoozon, Inc. ("Yagoozon"), Winning Costumes, LLC

24 | ("Winning Costumes"), Benjamin Ligeri, Justin Ligeri, and Sino Creation Gifts and

25 | Promotion Co., Ltd. ("Sino Creation") (collectively, "Defendants"), and Does 1-10,

26 | alleges as follows:

27 | **JURISDICTION**

28 | 1.    This action arises under the trademark and anti-dilution laws of the

1  United States, 15 U.S.C. § 1051, *et seq.*, under the statutory and common law of

2  unfair competition, and under the Copyright Act of 1976, 17 U.S.C. § 501, *et seq.*

3  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) and (b), and §

4  1367, 15 U.S.C. § 1121, and 17 U.S.C. § 501.  This action arises under the laws of

5  the United States.

6       2.     Venue is proper under 28 U.S.C. §§ 1391(b) and (c) in this case because

7  Lions Gate resides in this District and, on information and belief, Defendants are

8  subject to personal jurisdiction in this District, and/or a substantial part of the events

9  or omissions giving rise to property that is the subject of the action is situated in this

10  District.

11  **PARTIES**

12       3.     Lions Gate is a Delaware corporation having its principal place of

13  business in Santa Monica, California.

14       4.     On information and belief, Yagoozon is a Delaware corporation having

15  its principal place of business in Warwick, Rhode Island, and does business in this

16  District.

17       5.     On information and belief, Winning Costumes is a Florida limited

18  liability company having its principal place of business in Warwick, Rhode Island,

19  and does business in this District.

20       6.     On information and belief, Benjamin Ligeri is an individual residing

21  and having his principal place of business in Warwick, Rhode Island, and does

22  business in this District.

23       7.     On information and belief, Justin Ligeri is an individual residing and

24  having his principal place of business in Warwick, Rhode Island, and does business

25  in this District.

26       8.     On information and belief, Sino Creation is a business organized under

27  the laws of the Republic of China and does business in this District.

28       9.     Defendants are subject to personal jurisdiction in this District because

1   they do business in this District and/or the claim arose in this District.

2   10.   The true names, identities and capacities, whether individual, associate,

3   corporate or otherwise, of Defendants DOES 1 to 10, inclusive, and each of them

4   ("the DOE Defendants"), are unknown to Lions Gate at this time, who therefore

5   sues the DOE Defendants by such fictitious names.  When the true names and

6   capacities or participation of the DOE Defendants are ascertained, Lions Gate will

7   amend this complaint to assert their true names, identities and capacities.  Lions

8   Gate is informed and believes and thereon alleges that each of the DOE Defendants

9   sued herein is responsible for the wrongful acts alleged herein, and is therefore

10   liable to Lions Gate in some manner for the events and happenings alleged in this

11   complaint.  Lions Gate is informed and believes and thereon alleges that at all times

12   herein mentioned, the DOE Defendants were and are doing business and/or residing

13   in this District.

14                                  **FACTS**

15   **Lions Gate's Business, Trademarks, and Copyrights**

16   11.   Since 1997, Lions Gate and its predecessors have been active

17   participants in the motion picture and television industry.  Lions Gate has produced

18   and distributed films, television shows, and related entertainment products, and has

19   also been involved in motion picture financing, production, and distribution

20   services.

21   12.   Lions Gate is the owner of trademark rights derived from its corporate

22   and business name, including the marks LIONS GATE, LIONSGATE, and LIONS

23   GATE HOME ENTERTAINMENT in block letters (collectively, the "LIONS

24   GATE Marks").  Lions Gate owns Reg. No. 3,289,133 of LIONSGATE, Reg. No.

25   3,326,524 of LIONSGATE, and Reg. No. 2,692,777 of LIONS GATE HOME

26   ENTERTAINMENT, and such registrations are valid.  True and correct copies of

27   these registrations are attached hereto as **Exhibit A**.

28   13.   By virtue of the popularity of its motion pictures and television shows

-3-

1   and the significant publicity generated by them, among other things, the LIONS
2   GATE Marks have developed secondary meaning and become famous.

3       14.   Lions Gate's goods and services offered under the LIONS GATE
4   Marks, by reason of their high quality, have come to be known to the purchasing
5   public as conforming to certain high quality control standards.  As a result, the
6   LIONS GATE Marks and the goodwill associated with them are of tremendous
7   value to Lions Gate and its authorized licensees and business partners.

8       15.   Lions Gate is the producer and distributor of the highly successful
9   motion picture *The Hunger Games*.  *The Hunger Games* is the fictional story of a
10  teenage girl, Katniss Everdeen, who volunteers to participate in the Hunger Games,
11  a survival competition organized by the government of Panem in the post-
12  apocalyptic future.  Lions Gate released *The Hunger Games* on March 23, 2012 in
13  the United States, where it was phenomenally successful.  The release of the motion
14  picture was preceded by significant promotional activities by or on the behalf of
15  Lions Gate, as well as numerous instances of solicited and unsolicited publicity
16  across all forms of media.  Lions Gate released *The Hunger Games* on DVD and
17  Blu-Ray and for digital download on August 18, 2012, again to phenomenal
18  success.  Lions Gate is currently developing three motion picture sequels to *The*
19  *Hunger Games* entitled, respectively, *The Hunger Games:  Catching Fire*, *The*
20  *Hunger Games:  Mockingjay, Part 1*, and *The Hunger Games:  Mockingjay, Part 2*.

21      16.   Lions Gate is the owner of certain intellectual property rights derived
22  from *The Hunger Games*, and is the exclusive licensee of other intellectual property
23  rights derived from *The Hunger Games*, including the trademark HUNGER
24  GAMES in block letters.  Lions Gate and its licensor have filed applications to
25  register HUNGER GAMES with United States Patent & Trademark Office
26  ("PTO").  True and correct copies of the PTO website pages reflecting these
27  applications are attached hereto as **Exhibit B**.  Lions Gate also owns pending
28  applications to register the flaming Mockingjay logo (the "Mockingjay Logo"),

-4-

1  derived from a pin featured prominently in the motion picture (the "Mockingjay

2  Pin"), with the PTO.  Lions Gate's Mockingjay Logo is depicted below:



True and correct copies of pages from the PTO website reflecting Application Serial

Nos. 85/550,343 and 85/535,372 are attached hereto as **Exhibit C**.  The foregoing

trademark rights are referred to herein as the "HUNGER GAMES Marks."

17.    Lions Gate has licensed the HUNGER GAMES Marks and LIONS

GATE Marks to third parties to sell various items of merchandise.  Among these

licensees is National Entertainment Collectibles Association ("NECA"), which is

manufacturing and selling  HUNGER GAMES calendars, card games, action

figures, bookmarks, board games, bags, watches, lanyards, mini-bags, watches,

necklaces, earrings, bracelets, and pins, among other goods.  True and correct

printouts of a number of the goods offered by NECA under license from Lions Gate

and bearing the HUNGER GAMES Marks are attached hereto as **Exhibit D**.

Notably for the purposes of this action, NECA is also producing and selling under

license from Lions Gate a replica of the Mockingjay Pin.  A true and correct printout

of the replica Mockingjay Pin sold by NECA under license from Lions Gate is

attached hereto as **Exhibit E**.  Lions Gate's licensees are currently selling a variety

of merchandise derived from *The Hunger Games* and offering services under the

HUNGER GAMES Marks throughout the United States.

18.    By virtue of the popularity of *The Hunger Games*, the significant sales

of licensed merchandise, and the significant publicity relating to *The Hunger*

-5-

1  *Games*, among other things, Lions Gate's HUNGER GAMES Marks have

2  developed secondary meaning and become famous.

3    19.    Lions Gate's licensed HUNGER GAMES merchandise, by reason of

4  their high quality, has come to be known to the purchasing public as conforming to

5  certain high quality control standards.  As a result, the HUNGER GAMES Marks

6  and the goodwill associated with them are of tremendous value to Lions Gate and its

7  authorized licensees.

8    20.    Lions Gate owns the copyrights associated with *The Hunger Games*,

9  including the copyright in *The Hunger Games* motion picture itself, the copyrights

10  in certain still and unit photography associated with *The Hunger Games*, and the

11  copyrights in artwork and images used to promote *The Hunger Games* and/or on

12  licensed merchandise, including copyrights in the Mockingjay Logo.

13    21.    Lions Gate's HUNGER GAMES Marks and copyrights associated with

14  *The Hunger Games* are collectively referred to as the "Hunger Games Intellectual

15  Property."

16  **Defendants and Their Infringing Actions**

17    22.    On information and belief, Yagoozon, Winning Costumes, and Misters

18  Ligeri are online retailers of goods who operate collectively under the name

19  "Yagoozon" (collectively referred to herein as the "Yagoozon Defendants").  The

20  Yagoozon Defendants advertise and sell goods through, at least, Amazon.com.

21    23.    In or around March and April, 2012, the Yagoozon Defendants

22  attempted to purchase licensed HUNGER GAMES merchandise from NECA.

23  NECA refused these requests.  On or around April 11, 2012, the Yagoozon

24  Defendants wrote NECA an email threatening legal action if NECA did not sell

25  them licensed HUNGER GAMES merchandise, including, expressly, the

26  Mockingjay Pin.  A true and correct copy of this email is attached hereto as **Exhibit**

27  **F**.  On or around April 26, 2012, NECA responded to the Yagoozon Defendants'

28  unfounded and meritless threat of legal action and rearticulated its business decision

-6-

1  not to sell HUNGER GAMES merchandise to the Yagoozon Defendants.

2     24.    Thereafter, Lions Gate learned that the Yagoozon Defendants were

3  offering counterfeit HUNGER GAMES merchandise for sale online, specifically, a

4  counterfeit Mockingjay Pin.  The counterfeit Mockingjay Pin and its accompanying

5  packaging were designed to be virtually identical to NECA's Lions Gate-authorized

6  Mockingjay Pin and packaging in a clear attempt to deceive consumers into

7  believing that the counterfeit Mockingjay Pin was an authentic Lions Gate-licensed,

8  NECA-produced Mockingjay Pin when, in fact, it was not.  Accordingly, the

9  counterfeit Mockingjay Pin prominently includes the LIONS GATE trademark, the

10  HUNGER GAMES Marks, and certain of Lions Gate's copyrighted photographs

11  and images.  True and correct copies of receipts showing purchase of the counterfeit

12  Mockingjay Pin from Amazon.com, as well as photographs of the counterfeit

13  product itself in comparison to the authorized Mockingjay Pin, are attached hereto

14  as **Exhibit G**.

15     25.    On information and belief, the Yagoozon Defendants' Seller ID on

16  Amazon.com is (or was) A393ZKPVGVX3TX, and the Yagoozon Defendants

17  offered their counterfeit Mockingjay Pin under, at least, the following Listing Titles

18  and Listing IDs on Amazon.com:

19       ○  *The Hunger Games Movie Mockingjay Prop Rep Pin,*
20          #B0074BVDWC;

21       ○  *The Hunger Games Brooch Gold Mockingjay Pin Scholastic Movie*
22          *Prop Replica Model*, #B006CQ6LEU; and

23       ○  *The Hunger Games Brooch Prop Replica*, #B003YRK27W.

24     26.    On information and belief, the counterfeit Mockingjay Pin was created

25  and sold to the Yagoozon Defendants by Sino Creation.  True and correct copies of

26  printouts from the website <<Aliexpress.com>>, which appear to evidence Sino

27  Creation's sale in bulk of the counterfeit Mockingjay Pin are attached hereto as

28  **Exhibit H**.

27.   Defendants' counterfeit Mockingjay Pin and its accompanying packaging is of inferior quality than that of the Lions Gate-licensed, NECA-produced authentic Mockingjay Pin.  Defendants' design of the counterfeit Mockingjay Pin and the Pin's accompanying packaging is designed to unlawfully pass-off as a Lions Gate-licensed, NECA-produced authentic Mockingjay Pin and to siphon away prospective customers of Lions Gate's authorized goods.  Additionally, purchasers of Defendants' counterfeit Mockingjay Pin now wrongfully associate Lions Gate with Defendants' inferior product.

28.   On information and belief, Defendants are offering or plan to offer other counterfeit HUNGER GAMES goods that are designed to deceive consumers as described above and use, without authorization, the LIONS GATE trademarks and the Hunger Games Intellectual Property.

## FIRST CAUSE OF ACTION

**(Trademark Infringement – 15 U.S.C. §§ 1114, 1125(a) and Common Law)**

29.   Lions Gate repeats and realleges each and every allegation of paragraphs 1 through 28, above, as though fully set forth herein.

30.   Defendants have used in commerce, without Lions Gate's permission or authorization, the LIONS GATE Marks and the HUNGER GAMES Marks in a manner that is likely to cause confusion with respect to the source and origin of Defendants' counterfeit Mockingjay Pin and is likely to cause confusion or mistake and to deceive purchasers as to Lions Gate's and/or *The Hunger Games'* affiliation, connection, or association with, or approval or sponsorship of, Defendants, their businesses, and/or the counterfeit Mockingjay Pin.

31.   Defendants' acts constitute infringement of the LIONS GATE Marks and HUNGER GAMES Marks in violation of the common law and under 15 U.S.C. § 1125(a), and the LIONS GATE Marks under 15 U.S.C. § 1114.

32.   As a direct and proximate result of Defendants' wrongful acts, Lions Gate has suffered and continues to suffer and/or is likely to suffer damage to its

1    trademarks, business reputation, and goodwill.  Defendants will continue to use,

2    unless restrained, the LIONS GATE Marks and HUNGER GAMES Marks or marks

3    confusingly similar thereto and will cause irreparable damage to Lions Gate.  Lions

4    Gate has no adequate remedy at law and is entitled to an injunction restraining

5    Defendants, their officers, members, agents, servants, and employees, and all

6    persons acting in concert with Defendants, from engaging in further acts of

7    infringement.

8         33.    Lions Gate is further entitled to recover from Defendants the actual

9    damages that Lions Gate has sustained, is sustaining, and/or is likely to sustain as a

10   result of Defendants' wrongful acts.

11        34.    Lions Gate is further entitled to recover from Defendants the gains,

12   profits, and advantages that Defendants have obtained as a result of their wrongful

13   acts.

14        35.    Because of the willful nature of Defendants' wrongful acts, Lions Gate

15   is entitled to an award of punitive damages under the common law, and treble

16   damages and increased profits under 15 U.S.C. § 1117.

17        36.    Lions Gate is also entitled to recover its attorneys' fees and costs of suit

18   pursuant to 15 U.S.C. § 1117.

19                      **SECOND CAUSE OF ACTION**

20             **(False Designation of Origin – 15 U.S.C. § 1125(a))**

21        37.    Lions Gate repeats and realleges each and every allegation of

22   paragraphs 1 through 36, above, as though fully set forth herein.

23        38.    Defendants' unauthorized use of the LIONS GATE Marks and Hunger

24   Games Intellectual Property in conjunction with Defendants' businesses and the

25   counterfeit Mockingjay Pin as alleged herein constitutes a false designation of

26   origin, affiliation or sponsorship in violation of 15 U.S.C. § 1125(a).  Defendants'

27   activities constitute a false designation of origin and a false description or

28   representation that wrongfully and falsely designates their activities and the

1  counterfeit Mockingjay Pin as originating from Lions Gate, or being associated,
2  affiliated or connected with, or approved or sponsored by, Lions Gate.

3    39.    As a direct and proximate result of Defendants' wrongful acts, Lions
4  Gate has suffered and continues to suffer and/or is likely to suffer damage to its
5  trademarks, business reputation, and goodwill.  Defendants will continue, unless
6  restrained, to conduct their business and manufacture and sell products using the
7  LIONS GATE Marks and Hunger Games Intellectual Property or other trademarks
8  confusingly similar thereto and will cause irreparable damage to Lions Gate.  Lions
9  Gate has no adequate remedy at law and is entitled to an injunction restraining
10 Defendants, their officers, members, agents, servants, and employees, and all
11 persons acting in concert with Defendants, from engaging in further acts of false
12 designation of origin, affiliation or sponsorship.

13   40.    Lions Gate is further entitled to recover from Defendants the actual
14 damages that Lions Gate has sustained, is sustaining, and/or is likely to sustain as a
15 result of Defendants' wrongful acts.  Lions Gate is presently unable to ascertain the
16 full extent of the monetary damages that it has suffered and/or is likely to sustain by
17 reason of Defendants' acts of false designation of origin, affiliation or endorsement.

18   41.    Lions Gate is further entitled to recover from Defendants the gains,
19 profits, and advantages that Defendants have obtained as a result of their wrongful
20 acts.  Lions Gate is presently unable to ascertain the extent of the gains, profits, and
21 advantages that Defendants have realized by reason of their acts of false designation
22 of origin, affiliation or endorsement.

23   42.    Because of the willful nature of Defendants' wrongful acts, Lions Gate
24 is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C.
25 § 1117.

26   43.    Lions Gate is also entitled to recover its attorneys' fees and costs of suit
27 pursuant to 15 U.S.C. § 1117.

28

1

**THIRD CAUSE OF ACTION**

2

**(Dilution--15 U.S.C.§ 1125(c); Cal. Bus. & Prof. Code § 14247)**

3       44.    Lions Gate repeats and realleges each and every allegation of

4   paragraphs 1 through 43, above, as though fully set forth herein.

5       45.    Lions Gate has used the LIONS GATE Marks to identify its products

6   and services before Defendants began using the LIONS GATE Marks on the

7   counterfeit Mockingjay Pin and in conjunction with their businesses.  The LIONS

8   GATE Marks are inherently distinctive and have acquired distinctiveness through

9   Lions Gate's extensive, continuous, and exclusive use of them.

10      46.    Lions Gate has used the HUNGER GAMES Marks to identify its

11  products and services relating to and derived from *The Hunger Games* before

12  Defendants began using the LIONS GATE Marks on the counterfeit Mockingjay

13  Pin and in conjunction with their businesses.  The HUNGER GAMES Marks are

14  inherently distinctive and have acquired distinctiveness through Lions Gate's

15  extensive, continuous, and exclusive use of them.

16      47.    The LIONS GATE Marks and HUNGER GAMES Marks are famous

17  and distinctive within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127 and Cal.

18  Bus. & Prof. Code § 14247.

19      48.    Defendants' unauthorized use of the LIONS GATE Marks and

20  HUNGER GAMES Marks is likely to dilute the distinctive quality of the LIONS

21  GATE Marks and HUNGER GAMES Marks in violation of 15 U.S.C. § 1125(c)

22  and Cal. Bus. & Prof. Code § 14247.

23      49.    Defendants' acts complained of herein are likely to damage Lions Gate

24  irreparably.  Lions Gate has no adequate remedy at law for such wrongs and

25  injuries.  The damage to Lions Gate includes harm to its trademarks, goodwill, and

26  reputation that money cannot compensate.  Lions Gate is, therefore, entitled to a

27  preliminary and permanent injunction enjoining Defendants' use of the LIONS

28  GATE Marks and HUNGER GAMES Marks or any marks dilutive thereof.

1      50.    Lions Gate is further entitled to recover from Defendants the actual

2    damages sustained by Lions Gate as a result of Defendants' wrongful acts.  Lions

3    Gate is presently unable to ascertain the full extent of the monetary damages it has

4    suffered by reason of Defendants' acts of dilution.

5      51.    Lions Gate is further entitled to recover from Defendants the gains,

6    profits, and advantages Defendants have obtained as a result of their wrongful acts.

7    Lions Gate is presently unable to ascertain the extent of the gains, profits and

8    advantages Defendants have realized by reason of Defendants' willful acts of

9    dilution.

10      52.    Because of the willful nature of Defendants' actions, Lions Gate is

11    entitled to all remedies available under 15 U.S.C. §§ 1117 and 1118.

### FOURTH CAUSE OF ACTION

**(Statutory and Common Law Unfair Competition)**

14      53.    Lions Gate repeats and realleges each and every allegation of

15    paragraphs 1 through 52, above, as though fully set forth herein.

16      54.    By reason of the foregoing, Defendants have been, and are, engaged in

17    "unlawful, unfair or fraudulent business practices" in violation of §§ 17200 *et seq.*

18    of the California Bus. & Prof. Code and acts of unfair competition in violation of the

19    common law.

20      55.    Defendants' acts complained of herein have damaged and will continue

21    to damage Lions Gate irreparably.  Lions Gate has no adequate remedy at law for

22    these wrongs and injuries.  The damage to Lions Gate includes harm to its LIONS

23    GATE Marks and Hunger Games Intellectual Property, goodwill, and reputation in

24    the marketplace that money cannot compensate.  Lions Gate is therefore entitled to:

25    (a) injunctive relief restraining and enjoining Defendants and their officers,

26    members, agents, servants, and employees, and all persons acting thereunder, in

27    concert with, or on their behalf, from using the LIONS GATE Marks and Hunger

28    Games Intellectual Property or any mark, name, symbol, or logo which is

1  confusingly similar thereto, in connection with the marketing or sale of any goods or
2  services by Defendants; (b) Lions Gate's actual damages sustained as a result of
3  Defendants' wrongful acts; (c) an accounting of Defendants' profits earned from
4  their unauthorized use of the LIONS GATE Marks and Hunger Games Intellectual
5  Property or any mark, name, symbol, or logo confusingly similar thereto; (d) the
6  award of Defendants' unjust profits, as well as sums sufficient to compensate Lions
7  Gate for all harm suffered as a result of Defendants' conduct; and (e) punitive
8  damages.

9  ### FIFTH CAUSE OF ACTION

10  ### (Copyright Infringement)

11      56.   Lions Gate repeats and realleges each and every allegation of
12  paragraphs 1 through 55, above, as though fully set forth herein.

13      57.   Lions Gate is the owner of the copyright in photographs and images
14  associated with *The Hunger Games* used by Defendants, and in movie companion
15  books containing such photographs and images.  At all times relevant to the
16  complaint, Lions Gate is and has been the sole exclusive authorized licensor of such
17  photographs, images, and movie companion books in the United States.  Said
18  photographs, images, and books all are original works of authorship owned by Lions
19  Gate and are copyrightable subject matter under the laws of the United States.  The
20  images and photographs were fixed in a tangible medium by development of the
21  photographs and/or by uploading to a hard drive and publishing the artwork bearing
22  the photographs.  The images and photographs comprise unit photography from *The*
23  *Hunger Games* and publicity photographs and/or artwork for publicity of *The*
24  *Hunger Games*.

25      58.   The photographs and images used by Defendants in conjunction with
26  the counterfeit Mockingjay Pin are the subject of valid copyright applications filed
27  with or registrations issued by the U.S. Copyright Office and owned by Lions Gate.
28  Lions Gate has registered the copyrights identified in the following copyright

1  registrations:

| Description | Reg./App.Date | Reg./App. No. | Status |
|---|---|---|---|
| *The Hunger Games:* Official Illustrated Movie Companion | June 28, 2012 | TX0007557319 | Registered |
| *The Hunger Games* Trading Cards – Base Set | November 4, 2012 | VA0001836321 | Registered |
| *The Hunger Games* Theatrical One Sheet – Arena | November 7, 2012 | VA0001836325 | Registered |

Such registrations are valid and subsisting.  True and correct copies of printouts from the U.S. copyright website reflecting Lions Gate's copyright registrations listed above are attached hereto as **Exhibit I**.

59.   Defendants had access to Lions Gate's photographs and images through online resources and due to the wide publication of the images, the international theatrical and home entertainment releases of *The Hunger Games*, and the publicity for *The Hunger Games*.  Defendants' packaging for the counterfeit Mockingjay Pin is identical to that of Lions Gate's authorized Mockingjay Pin and was copied in whole, and Defendants had access to the copyrighted material by merely purchasing an authorized Mockingjay Pin.  The packaging of Lions Gate's authorized Mockingjay Pin includes a copyright notice expressly claiming Lions Gate's copyright ownership in the packaging of Lions Gate's authorized Mockingjay Pin.

60.   Defendants have violated Lions Gate's exclusive rights in and to Lions Gate's photographs and images by unlawfully using, reproducing, displaying, and distributing them on Amazon.com and on the physical packaging of their counterfeit Mockingjay Pin without authorization.

61.   Upon information and belief, Defendants were at all material times aware that their use of the photographs and images, in the absence of a valid license agreement authorizing Defendants to use them and/or to edit, alter and/or otherwise

-14-

1   modify them without Lions Gate's prior written approval, would constitute

2   copyright infringement.  Lions Gate has not granted to Defendants any such right or

3   license.

4          62.    Defendants' acts constitute infringement and counterfeiting of Lions

5   Gates' copyrights described above in violation of 17 U.S.C. § 501.

6          63.    Lions Gate is informed and believes and on that basis alleges that

7   Defendants had full knowledge that their acts are wrongful and unlawful and have

8   continued to infringe said copyrights, throughout the United States and various other

9   territories of the world.

10         64.    By reason of the foregoing, Lions Gate has suffered damages in an

11   amount to be determined at trial, and is entitled, at its election, to either (a) all

12   damages suffered by Lions Gate, along with all gains, profits and advantages

13   derived by Defendants from the acts of infringement, plus exemplary and punitive

14   damages in amounts to be proven at trial, or (b) statutory damages as provided for in

15   the Copyright Act of the United States.

16         65.    Lions Gate is also entitled to attorneys' fees under the Copyright Act.

17                         **PRAYER FOR RELIEF**

18         WHEREFORE, Lions Gate prays that this Court enter judgment against

19   Defendants as follows:

20         1.     Finding that Defendants have violated 15 U.S.C. § 1125(a) and the

21   common law; have infringed the LIONS GATE Marks and HUNGER GAMES

22   Marks under the common law and 15 U.S.C. § 1125(a); have infringed the LIONS

23   GATE Marks under 15 U.S.C. § 1114; have violated 15 U.S.C. § 1125(c)(1) and

24   Cal. Bus. & Prof. Code § 14247; have violated Cal. Bus. & Prof. Code § 17200 and

25   the common law by engaging in unlawful, unfair, and fraudulent business practices;

26   and have infringed and counterfeited Lions Gate's copyrights under 17 U.S.C.

27   § 501;

28         2.     Ordering that Defendants and their officers, members, agents, servants,

1  directors, employees, servants, partners, representative, assigns, successors, related

2  companies, and attorneys and all persons in active concert or participation with

3  Defendants or with any of the foregoing be enjoined preliminarily during the

4  pendency of this action and permanently thereafter from:

5                          a.      Using, promoting, advertising, publicizing, distributing,

6  and posting any of the LIONS GATE Marks or Hunger Games Intellectual Property

7  for any goods or services, or any other mark, name, symbol, or logo which is likely

8  to cause confusion or to cause mistake or to deceive persons into the erroneous

9  belief that Defendants, their businesses, or their goods or services are sponsored,

10  licensed, or endorsed by Lions Gate, are authorized by Lions Gate, or are connected

11  or affiliated in some way with Lions Gate or *The Hunger Games*;

12                          b.      Using, promoting, advertising, publicizing, distributing,

13  and posting any of the LIONS GATE Marks or Hunger Games Intellectual Property

14  or any other mark, name, symbol, or logo that is a copy or colorable imitation of,

15  incorporates, or is confusingly similar to the LIONS GATE Marks or Hunger

16  Games Intellectual Property for any other goods or services;

17                          c.      Falsely implying Lions Gate's endorsement of

18  Defendants' businesses or engaging in any act or series of acts which, either alone

19  or in combination, constitutes unfair methods of competition with Lions Gate and

20  from otherwise interfering with or injuring the LIONS GATE Marks, the Hunger

21  Games Intellectual Property, or the HUNGER GAMES Marks, or the goodwill

22  associated with any of the foregoing;

23                          d.      Engaging in any act which is likely to dilute the distinctive

24  quality of the LIONS GATE Marks or the HUNGER GAMES Marks and/or injures

25  Lions Gate's business reputation;

26                          e.      Copying, displaying, featuring, or using Lions Gate's

27  photographs, images, or any other copyrightable subject matter from or related to

28  *The Hunger Games*, or any works substantially similar thereto, or engaging in any

1 | act in violation of Lions Gate's copyrights, including, but not limited to, inducing,

2 | causing, or materially contributing to the infringing conduct of any third party

3 | copying, displaying, featuring, or using Lions Gate's photographs, images, or any

4 | other copyrightable subject matter from or related to *The Hunger Games*;

5 |         f.     Representing or implying that Defendants are in any way

6 | sponsored by, affiliated with, or endorsed or licensed by Lions Gate; or

7 |         g.     Knowingly assisting, inducing, aiding, or abetting any

8 | other person or business entity in engaging in or performing any of the activities

9 | referred to in paragraphs 2(a) to (f) above.

10 |     3.     Ordering that Lions Gate is the exclusive owner of the LIONS GATE

11 | Marks and is the exclusive licensee of the HUNGER GAMES Marks and that such

12 | marks are valid and protectable;

13 |     4.     Ordering that Lions Gate is the exclusive owner of the copyrights

14 | associated with Lions Gate's photographs and images and that such copyrights are

15 | valid and protectable;

16 |     5.     Ordering that Defendants recall from all distributors, wholesalers,

17 | retailers, manufacturers, printers, vendors, jobbers, and the like and deliver to Lions

18 | Gate all printed graphics, promotional materials, labels, boxes, packaging,

19 | advertisements, patterns, and any other items, goods, or merchandise in any of their

20 | possession, custody, or control bearing any of the LIONS GATE Marks or the

21 | HUNGER GAMES Marks or any other mark, name, symbol, or logo that is a copy

22 | or colorable imitation of, incorporates, or is confusingly similar to the LIONS

23 | GATE Marks or the HUNGER GAMES Marks;

24 |     6.     Ordering Defendants to immediately supply Lions Gate with a

25 | complete list of: (1) individuals and entities who manufactured Defendants'

26 | counterfeit Mockingjay Pin (along with the quantities of all such infringing and

27 | counterfeit merchandise); (2) individuals and entities that sold or provided to

28 | Defendants the counterfeit Mockingjay Pin (along with the quantities of all such

infringing and counterfeit merchandise); and (3) individuals and entities to whom or which Defendants sold , offered for sale, distributed, advertised, or promoted the counterfeit Mockingjay Pin (along with the quantities of all such infringing and counterfeit merchandise);

7.  Granting an award of damages suffered by Lions Gate according to proof at the time of trial;

8.  Ordering that Defendants account to Lions Gate for any and all profits earned as a result of Defendants' acts of infringement in violation of Lions Gate's rights under the Lanham Act, Cal. Bus. & Prof. Code §§ 14247, 17200, *et seq.*, the Copyright Act, and the common law;

9.  Granting an award of statutory damages under the Copyright Act;

10.  Granting an award of three times the amount of compensatory damages and increased profits pursuant to 15 U.S.C. § 1117;

11.  Granting an award of punitive damages for the willful and wanton nature of Defendants' aforesaid acts;

12.  For pre-judgment interest on any recovery by Lions Gate;

13.  Granting an award of Lions Gate's costs, expenses, and attorneys' fees; and

14.  Granting such other and further relief as is just and proper.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  December 12. 2012

By _____
Jill M. Pietrini
Paul A. Bost

Attorneys for Plaintiff Lions Gate Entertainment, Inc.

-18-

1

2
## JURY DEMAND

3
Lions Gate demands a trial by jury of all issues triable by jury.

4
Respectfully submitted,

5
SHEPPARD, MULLIN, RICHTER &

6
HAMPTON LLP

7

8   Dated:  December 12. 2012        By

9                                        Jill M. Pietrini

                                         Paul A. Bost
10

11                                       Attorneys for Plaintiff  Lions Gate

                                         Entertainment, Inc.
12

13

14   SMRH:407282767.2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 107

Reg. No. 2,692,777

United States Patent and Trademark Office

Registered Mar. 4, 2003

Corrected

OG Date Sep. 28, 2004

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## LIONS GATE HOME ENTERTAINMENT

LIONS GATE ENTERTAINMENT INC. (DELAWARE CORPORATION)
4553 GLENCOE AVENUE, SUITE 200
MARINA DEL REY, CA 90292
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOME ENTERTAINMENT", APART FROM THE MARK AS SHOWN.

FOR: PRE-RECORDED CINEMATO-GRAPHIC FILM, VIDEO CASSETTES AND VIDEO DISCS FEATURING MOTION PICTURES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

FOR: PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

SER. NO. 76-382,483, FILED 3-14-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 28, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 9, 16, 25, and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, and 50

Reg. No. 3,326,524

## United States Patent and Trademark Office

Registered Oct. 30, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# LIONSGATE

LIONS GATE ENTERTAINMENT, INC. (DELA-
WARE CORPORATION)
SUITE 200
2700 COLORADO AVENUE
SANTA MONICA, CA 90404

FOR: PRE-RECORDED CD'S AND DVD'S FEA-
TURING DRAMA, COMEDY, ACTION AND AD-
VENTURE MOVIES AND MUSIC , IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2006; IN COMMERCE 2-0-2006.

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 2-0-2006; IN COMMERCE 2-0-2006.

FOR: CLOTHING, NAMELY, BASEBALL CAPS
AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2006; IN COMMERCE 4-0-2007.

FOR: ACTION FIGURES, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,692,777, 2,921,506,
AND 2,921,507.

SN 78-687,589, FILED 8-8-2005.

ZACHARY BELLO, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

## United States Patent and Trademark Office

Reg. No. 3,289,133
Registered Sep. 4, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# LIONSGATE

LIONS GATE ENTERTAINMENT, INC. (DELA-WARE CORPORATION)
SUITE 200
2700 COLORADO AVENUE
SANTA MONICA, CA 90404

FOR: DISTRIBUTORSHIPS IN THE FIELD OF PRE-RECORDED VIDEO CASSETTES AND AUDIO RECORDINGS AND DVDS; LICENSING OF PRE-RECORDED VIDEO CASSETTES AND AUDIO RE-CORDINGS AND DVDS; ON-LINE ORDERING SERVICES FEATURING PRE-RECORDED VIDEO CASSETTES AND AUDIO RECORDINGS AND DVDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-6-2005; IN COMMERCE 9-6-2005.

FOR: ENTERTAINMENT IN THE NATURE OF PROVIDING INFORMATION ON CURRENT AND FUTURE MOVIE OFFERINGS VIA A GLOBAL COMPUTER NETWORK; MOTION PICTURE FILM PRODUCTION; MOVIE STUDIOS; PRODUCTION OF VIDEO DISCS FOR OTHERS; TELEVISION PRODUCTION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-6-2005; IN COMMERCE 9-6-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,692,777, 2,921,506, AND 2,921,507.

SN 78-978,593, FILED 8-8-2005.

ZACHARY BELLO, EXAMINING ATTORNEY

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 10 05:02:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  [      ]  OR  Jump  to record:  [      ]  **Record 1 out of 5**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# HUNGER GAMES

| | |
|---|---|
| **Word Mark** | **HUNGER GAMES** |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper and paper articles, namely, posters, calendars, notebooks, binders, daily desktop organizers, memo pads, stickers, comic books, writing paper, envelopes, greeting cards, paper coasters, paper mats, newspapers for shows, photographs, postcard, trading cards, cardboard stand-up cutouts featuring photographs or artwork, prepaid phone debit cards without magnetic coding, paper party decorations, paper party bags, paper party favors, non-magnetic gift card holders; paper cake decorations |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85134943 |
| **Filing Date** | September 21, 2010 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 22, 2011 |
| **Owner** | (APPLICANT) Collins, Suzanne INDIVIDUAL UNITED STATES 65 Bennetts Bridge Road Sandy Hook CONNECTICUT 06482 |
| **Attorney of** | Peter M. Eichler |

**Record**

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent & Trademark Office

| STATUS | DOCUMENTS | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2012-12-10 19:02:32 EST

Mark: HUNGER GAMES

## HUNGER GAMES

US Serial Number: 85134943     Application Filing Date: Sep. 21, 2010

Register: Principal

Mark Type: Trademark

Status: A third request for extension of time to file a Statement of Use has been granted.

Status Date: Oct. 05, 2012

Publication Date: Mar. 22, 2011     Notice of Allowance Date: May 17, 2011

### Mark Information

expand all

Mark Literal Elements: HUNGER GAMES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

### Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

· Brackets [..] indicate deleted goods/services;

· Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

· Asterisks *..* identify additional (new) wording in the goods/services.

For: Paper and paper articles, namely, posters, calendars, notebooks, binders, daily desktop organizers, memo pads, stickers, comic books, writing paper, envelopes, greeting cards, paper coasters, paper mats, newspapers for shows, photographs, postcard, trading cards, cardboard stand-up cutouts featuring photographs or artwork, prepaid phone debit cards without magnetic coding, paper party decorations, paper party bags, paper party favors, non-magnetic gift card holders; paper cake decorations

International 016 - Primary Class     U.S Class: 002, 005, 022, 023, 029, 037, 038, 050
Class:

Class Status: ACTIVE

Basis: 1(b)

### Basis Information (Case Level)

| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

### Current Owner(s) Information

Owner Name: Collins, Suzanne

Owner Address: 65 Bennetts Bridge Road
Sandy Hook, CONNECTICUT 06482
UNITED STATES

Legal Entity Type: INDIVIDUAL     Citizenship: UNITED STATES

### Attorney/Correspondence Information

Attorney of Record

Attorney Name: Peter M. Eichler

Correspondent

Correspondent PETER M. EICHLER
Name/Address: WEISS & MOY, P.C.
4204 N BROWN AVE
SCOTTSDALE, ARIZONA 85251-3914
UNITED STATES

Phone: 480-994-8888                                Fax: 480-947-2663

Correspondent e-mail: peichler@weissmoy.com        Correspondent e-mail  Yes
                                                   Authorized:

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 06, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 05, 2012 | EXTENSION 3 GRANTED | 66530 |
| Oct. 03, 2012 | EXTENSION 3 FILED | 66530 |
| Oct. 03, 2012 | TEAS EXTENSION RECEIVED | |
| May 04, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 03, 2012 | EXTENSION 2 GRANTED | 66530 |
| Apr. 09, 2012 | EXTENSION 2 FILED | 66530 |
| May 02, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66530 |
| Apr. 09, 2012 | TEAS EXTENSION RECEIVED | |
| Oct. 06, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 04, 2011 | EXTENSION 1 GRANTED | 98765 |
| Oct. 04, 2011 | EXTENSION 1 FILED | 98765 |
| Oct. 04, 2011 | TEAS EXTENSION RECEIVED | |
| May 17, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 22, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 22, 2011 | PUBLISHED FOR OPPOSITION | |
| Feb. 17, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Feb. 15, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 14, 2011 | EXAMINER'S AMENDMENT ENTERED | 77976 |
| Feb. 14, 2011 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 14, 2011 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 14, 2011 | EXAMINERS AMENDMENT -WRITTEN | 81112 |
| Feb. 07, 2011 | AMENDMENT FROM APPLICANT ENTERED | 77976 |
| Feb. 07, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Feb. 04, 2011 | ASSIGNED TO LIE | 77976 |
| Jan. 26, 2011 | PAPER RECEIVED | |
| Dec. 30, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 30, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 30, 2010 | NON-FINAL ACTION WRITTEN | 81112 |
| Dec. 28, 2010 | ASSIGNED TO EXAMINER | 81112 |
| Sep. 24, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 24, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

TM Staff Information

TM Attorney: HUSSAIN, TASNEEM          Law Office Assigned: LAW OFFICE 105

File Location

Current Location: INTENT TO USE SECTION          Date in Location: May 02, 2012



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 10 05:02:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump to record: [        ]   **Record 2 out of 5**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# HUNGER GAMES

| | |
|---|---|
| **Word Mark** | **HUNGER GAMES** |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, headwear, footwear, shirts, pants, shorts, dresses, skirts, blouses, jackets, coats, sweaters, scarves, gloves, underwear, foundation garments, hosiery, neckties, nightwear, sweat bands, swimwear, leotards, leg warmers, belts, layettes, aprons, uniforms, boas, Halloween costumes, costumes for use in role-playing games, infantwear, rainwear |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85134940 |
| **Filing Date** | September 21, 2010 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 22, 2011 |
| **Owner** | (APPLICANT) Collins, Suzanne INDIVIDUAL UNITED STATES 65 Bennetts Bridge Road Sandy Hook CONNECTICUT 06482 |
| **Attorney of Record** | Peter M. Eichler |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |



**STATUS**    **DOCUMENTS**                                                                                     Back to Search          Print

Generated on: This page was generated by TSDR on 2012-12-10 19:05:58 EST

Mark: HUNGER GAMES

# HUNGER GAMES

US Serial Number: 85134940                                      Application Filing Date: Sep. 21, 2010

Register: Principal

Mark Type: Trademark

Status: A third request for extension of time to file a Statement of Use has been granted.

Status Date: Oct. 09, 2012

Publication Date: Mar. 22, 2011                                      Notice of Allowance Date: May 17, 2011

## Mark Information                                                                                          expand all

Mark Literal Elements: HUNGER GAMES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
· Brackets [..] indicate deleted goods/services;
· Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
· Asterisks *..* identify additional (new) wording in the goods/services.

For: Clothing, namely, headwear, footwear, shirts, pants, shorts, dresses, skirts, blouses, jackets, coats, sweaters, scarves, gloves, underwear, foundation garments, hosiery, neckties, nightwear, sweat bands, swimwear, leotards, leg warmers, belts, layettes, aprons, uniforms, boas, Halloween costumes, costumes for use in role-playing games, infantwear, rainwear

International 025 - Primary Class                                      U.S Class: 022, 039
Class:

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| Filed Use: No | Currently Use: No | Amended Use: No |
|---|---|---|
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Collins, Suzanne

Owner Address: 65 Bennetts Bridge Road
Sandy Hook, CONNECTICUT 06482
UNITED STATES

Legal Entity Type: INDIVIDUAL                                      Citizenship: UNITED STATES

## Attorney/Correspondence Information

Attorney of Record

Attorney Name: Peter M. Eichler

Correspondent

| | |
|---|---|
| Correspondent Name/Address: | PETER M. EICHLER<br>WEISS & MOY, P.C.<br>4204 N BROWN AVE<br>SCOTTSDALE, ARIZONA 85251-3914<br>UNITED STATES |
| Phone: 480-994-8888 | Fax: 480-947-2663 |
| Correspondent e-mail: peichler@weissmoy.com | Correspondent e-mail<br>Authorized: Yes |

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 10, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 09, 2012 | EXTENSION 3 GRANTED | 66530 |
| Oct. 04, 2012 | EXTENSION 3 FILED | 66530 |
| Oct. 04, 2012 | TEAS EXTENSION RECEIVED | |
| May 04, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 03, 2012 | EXTENSION 2 GRANTED | 66530 |
| Apr. 09, 2012 | EXTENSION 2 FILED | 66530 |
| May 02, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66530 |
| Apr. 09, 2012 | TEAS EXTENSION RECEIVED | |
| Oct. 06, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 04, 2011 | EXTENSION 1 GRANTED | 98765 |
| Oct. 04, 2011 | EXTENSION 1 FILED | 98765 |
| Oct. 04, 2011 | TEAS EXTENSION RECEIVED | |
| May 17, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 22, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 22, 2011 | PUBLISHED FOR OPPOSITION | |
| Feb. 17, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Feb. 14, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 07, 2011 | AMENDMENT FROM APPLICANT ENTERED | 77976 |
| Feb. 07, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Feb. 04, 2011 | ASSIGNED TO LIE | 77976 |
| Jan. 26, 2011 | PAPER RECEIVED | |
| Dec. 30, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 30, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 30, 2010 | NON-FINAL ACTION WRITTEN | 81112 |
| Dec. 28, 2010 | ASSIGNED TO EXAMINER | 81112 |
| Sep. 24, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 24, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | HUSSAIN, TASNEEM | Law Office Assigned: | LAW OFFICE 105 |

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | INTENT TO USE SECTION | Date in Location: | May 02, 2012 |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 10 05:02:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 3 out of 5**

TSDR      ASSIGN Status      TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# HUNGER GAMES

| | |
|---|---|
| **Word Mark** | **HUNGER GAMES** |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Target games, board games and card games, kites, toy action figures, disc-type toss toys, bows and arrows, balls of all kinds, dolls, doll play sets, plush toys, toy vehicles, toy bucket and shovel sets, roller skates, toy model hobby craft kits, toy rockets, toy guns, toy holsters, musical toys, jigsaw puzzles, badminton sets, bubble making wands and solution sets, modeled toy figurines, toy banks, puppets, toy balloons, yo-yos, skateboards, toy scooters, face masks, stand alone video game machines, LCD game machines; hand held unit for playing electronic games other than those adapted for use with an external display screen or monitor but specifically excluding dice games and computer software games, lottery tickets and scratch cards for playing lottery games; confetti; coin-operated amusement machines, playing cards, paper party hats |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85134931 |
| **Filing Date** | September 21, 2010 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published** | |

| | |
|---|---|
| **for Opposition** | March 22, 2011 |
| **Owner** | (APPLICANT) Collins, Suzanne INDIVIDUAL UNITED STATES 65 Bennetts Bridge Road Sandy Hook CONNECTICUT 06482 |
| **Attorney of Record** | Peter M. Eichler |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**STATUS**     **DOCUMENTS**                                                                                    **Back to Search**          Print

Generated on: This page was generated by TSDR on 2012-12-10 19:06:57 EST

Mark: HUNGER GAMES

# HUNGER GAMES

US Serial Number: 85134931                                          Application Filing Date: Sep. 21, 2010

Register: Principal

Mark Type: Trademark

Status: A third request for extension of time to file a Statement of Use has been granted.

Status Date: Oct. 09, 2012

Publication Date: Mar. 22, 2011                                       Notice of Allowance Date: May 17, 2011

## Mark Information                                                                                          expand all

Mark Literal Elements: HUNGER GAMES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Disclaimer: "GAMES"

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
• Brackets [..] indicate deleted goods/services;
• Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
• Asterisks *..* identify additional (new) wording in the goods/services.

For: Target games, board games and card games, kites, toy action figures, disc-type toss toys, bows and arrows, balls of all kinds, dolls, doll play sets, plush toys, toy vehicles, toy bucket and shovel sets, roller skates, toy model hobby craft kits, toy rockets, toy guns, toy holsters, musical toys, jigsaw puzzles, badminton sets, bubble making wands and solution sets, modeled toy figurines, toy banks, puppets, toy balloons, yo-yos, skateboards, toy scooters, face masks, stand alone video game machines, LCD game machines; hand held unit for playing electronic games other than those adapted for use with an external display screen or monitor but specifically excluding dice games and computer software games, lottery tickets and scratch cards for playing lottery games; confetti; coin-operated amusement machines, playing cards, paper party hats

International  028 - Primary Class                                     U.S Class: 022, 023, 038, 050
Class:

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Collins, Suzanne

Owner Address: 65 Bennetts Bridge Road
Sandy Hook, CONNECTICUT 06482
UNITED STATES

Legal Entity Type: INDIVIDUAL                                          Citizenship: UNITED STATES

## Attorney/Correspondence Information

Attorney of Record

**Attorney Name:** Peter M. Eichler

**Correspondent**

Correspondent Name/Address: PETER M. EICHLER
WEISS & MOY, P.C.
4204 N BROWN AVE
SCOTTSDALE, ARIZONA 85251-3914
UNITED STATES

Phone: 480-994-8888      Fax: 480-947-2663

Correspondent e-mail: peichler@weissmoy.com     Correspondent e-mail Authorized: Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 10, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 09, 2012 | EXTENSION 3 GRANTED | 66530 |
| Oct. 04, 2012 | EXTENSION 3 FILED | 66530 |
| Oct. 04, 2012 | TEAS EXTENSION RECEIVED | |
| May 03, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 02, 2012 | EXTENSION 2 GRANTED | 66530 |
| Apr. 09, 2012 | EXTENSION 2 FILED | 66530 |
| May 02, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66530 |
| Apr. 09, 2012 | TEAS EXTENSION RECEIVED | |
| Oct. 06, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 04, 2011 | EXTENSION 1 GRANTED | 98765 |
| Oct. 04, 2011 | EXTENSION 1 FILED | 98765 |
| Oct. 04, 2011 | TEAS EXTENSION RECEIVED | |
| May 17, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 22, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 22, 2011 | PUBLISHED FOR OPPOSITION | |
| Feb. 17, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Feb. 15, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 14, 2011 | EXAMINER'S AMENDMENT ENTERED | 77976 |
| Feb. 14, 2011 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 14, 2011 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 14, 2011 | EXAMINERS AMENDMENT -WRITTEN | 81112 |
| Feb. 07, 2011 | AMENDMENT FROM APPLICANT ENTERED | 77976 |
| Feb. 07, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Feb. 04, 2011 | ASSIGNED TO LIE | 77976 |
| Jan. 26, 2011 | PAPER RECEIVED | |
| Dec, 30, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 30, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 30, 2010 | NON-FINAL ACTION WRITTEN | 81112 |
| Dec. 28, 2010 | ASSIGNED TO EXAMINER | 81112 |
| Sep. 24, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 24, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

TM Attorney: HUSSAIN, TASNEEM      Law Office Assigned: LAW OFFICE 105

**File Location**

Current Location: INTENT TO USE SECTION      Date in Location: May 02, 2012



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 10 05:02:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]   **Record 4 out of 5**

TSDR     ASSIGN Status     TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# HUNGER GAMES

| | |
|---|---|
| **Word Mark** | HUNGER GAMES |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Incandescent light bulbs |
| | IC 014. US 002 027 028 050. G & S: Lapel pins, Key chains as jewelry, Necklaces, Earrings, Bracelets, Pendants, Wrist watches |
| | IC 018. US 001 002 003 022 041. G & S: Shoulder bags, sack bags in the nature of handbags and backpacks, backpacks, umbrellas, reusable shopping bags, duffel bags, wallets |
| | IC 020. US 002 013 022 025 032 050. G & S: Pictures frames, Mirrors, plastic keychains, Metal and non-metal dog tags, non-metal clips for sealing bags |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Tea light candle holders, Glass candle holders, Mugs, Lunchboxes with drinking cups |
| | IC 022. US 001 002 007 019 022 042 050. G & S: Lanyards for holding badges |
| | IC 024. US 042 050. G & S: Pillow cases, Bed sheets, Beach towels, Bed throws |
| | IC 026. US 037 039 040 042 050. G & S: Shoe laces, Belt buckles |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| **Serial Number** | 85550342 |
| **Filing Date** | February 22, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Lions Gate Entertainment, Inc. CORPORATION DELAWARE Suite 200 2700 Colorado Boulevard Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | STEPHEN J. JEFFRIES |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**STATUS**    **DOCUMENTS**                                                              **Back to Search**          Print

Generated on: This page was generated by TSDR on 2012-12-10 19:07:55 EST

Mark: HUNGER GAMES

# HUNGER GAMES

US Serial Number: 85550342                              Application Filing Date: Feb. 22, 2012

Register: Principal

Mark Type: Trademark

Status: An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Oct. 15, 2012

## Mark Information                                                                           expand all

Mark Literal Elements: HUNGER GAMES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
· Brackets [..] indicate deleted goods/services;
· Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
· Asterisks *..* identify additional (new) wording in the goods/services.

For: Incandescent light bulbs

International Class: 011 - Primary Class                    U.S Class: 013, 021, 023, 031, 034

Class Status: ACTIVE

Basis: 1(b)


For: Lapel pins, Key chains as jewelry, Necklaces, Earrings, Bracelets, Pendants, Wrist watches

International Class: 014 - Primary Class                    U.S Class: 002, 027, 028, 050

Class Status: ACTIVE

Basis: 1(b)


For: Shoulder bags, sack bags in the nature of handbags and backpacks, backpacks, umbrellas, reusable shopping bags, duffel bags, wallets

International Class: 018 - Primary Class                    U.S Class: 001, 002, 003, 022, 041

Class Status: ACTIVE

Basis: 1(b)


For: Pictures frames, Mirrors, plastic keychains, Metal and non-metal dog tags, non-metal clips for sealing bags

International Class: 020 - Primary Class                    U.S Class: 002, 013, 022, 025, 032, 050

Class Status: ACTIVE

Basis: 1(b)


For: Tea light candle holders, Glass candle holders, Mugs, Lunchboxes with drinking cups

International Class: 021 - Primary Class                    U.S Class: 002, 013, 023, 029, 030, 033, 040, 050

Class Status: ACTIVE
Basis: 1(b)


For: Lanyards for holding badges
International Class: 022 - Primary Class            U.S Class: 001, 002, 007, 019, 022, 042, 050
Class Status: ACTIVE
Basis: 1(b)


For: Pillow cases, Bed sheets, Beach towels, Bed throws
International Class: 024 - Primary Class            U.S Class: 042, 050
Class Status: ACTIVE
Basis: 1(b)


For: Shoe laces, Belt buckles
International Class: 026 - Primary Class            U.S Class: 037, 039, 040, 042, 050
Class Status: ACTIVE
Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Lions Gate Entertainment, Inc.
Owner Address: Suite 200
2700 Colorado Boulevard
Santa Monica, CALIFORNIA 90404
UNITED STATES
Legal Entity Type: CORPORATION       State or Country Where DELAWARE
                                 Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: STEPHEN J. JEFFRIES       Docket Number: 72461/82

**Correspondent**

Correspondent STEPHEN J. JEFFRIES
Name/Address: HOLLAND & KNIGHT LLP
800 17TH STREET NW, SUITE 1100
WASHINGTON, DISTRICT OF COLUMBIA 20006
UNITED STATES
Phone: 202 419-2404                     Fax: 202 419-2761
Correspondent e-mail: stephen.jeffries@hklaw.com;ptdocketing@hklaw.com    Correspondent e-mail Yes
                                                       Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 15, 2012 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Oct. 15, 2012 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Oct. 15, 2012 | SUSPENSION LETTER WRITTEN | 76738 |
| Sep. 27, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 73787 |
| Sep. 27, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 73787 |
| Sep. 27, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 73787 |
| Sep. 27, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 24, 2012 | ASSIGNED TO LIE | 73787 |
| Sep. 13, 2012 | PAPER RECEIVED | |
| Mar. 27, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 27, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 27, 2012 | NON-FINAL ACTION WRITTEN | 76738 |
| Mar. 26, 2012 | ASSIGNED TO EXAMINER | 76738 |
| Mar. 01, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 25, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

TM Attorney: LE, KHANH M          Law Office Assigned: LAW OFFICE 113

### File Location

Current Location: TMO LAW OFFICE 113 - EXAMINING          Date in Location: Oct. 15, 2012
ATTORNEY ASSIGNED

## Assignment Abstract of Title Information

Conveyance Filter

### Summary

Total Assignments: 1          Applicant: Lions Gate Entertainment, Inc.

### Assignment 1 of 1

Conveyance: SECURITY INTEREST

Reel/Frame: 4874/0466          Pages: 200

Date Recorded: Oct. 04, 2012

Supporting Documents: assignment-tm-4874-0466.pdf

### Assignor

Name: LIONS GATE ENTERTAINMENT INC.          Execution Date: Sep. 27, 2012

Legal Entity Type: CORPORATION          State or Country Where DELAWARE
Organized:

### Assignee

Name: JPMORGAN CHASE BANK, N.A. (AS ADMINISTRATIVE AGENT AND ISSUING BANK)

Legal Entity Type: NATIONAL ASSOCIATION          State or Country Where UNITED STATES
Organized:

Address: 2029 CENTURY PARK EAST, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90067

### Correspondent

Correspondent Name: CATHERINE R. HOWELL, SENIOR PARALEGAL

Correspondent Address: 1111 PENNSYLVANIA AVE., N.W.
MORGAN, LEWIS & BOCKIUS LLP
WASHINGTON, DC 20004

Domestic Representative - Not Found

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 10 05:02:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____  **Record 5 out of 5**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# HUNGER GAMES

**Word Mark**  HUNGER GAMES

**Goods and Services**  IC 009. US 021 023 026 036 038. G & S: Computer game programs, cartridges, and cassettes; DVDs featuring fictional drama; motion picture films about fictional drama; pre-recorded electronic media featuring fictional drama; Downloadable files in the field of entertainment, namely, ringtones, graphics, images, electronic games, and music, via a global computer network and wireless devices; downloadable electronic publications in the nature of song books, tablature, and sheet music; magnets; magnet sheets; magnetically encoded debit cards; musical sound recordings; computer storage devices, namely, blank flash drives; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting motion pictures and documentaries; covers for mobile phones; and fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile phones, portable music players, computers, computer accessories and peripherals, PDAs, gaming devices, cameras, camcorders, and e-book readers; Backpacks adapted for holding computers; camera cases; cases for mobile phones; cases for PDAs; cell phones; computer games, namely, computer game cartridges, discs, and software; decorative charms for cell phones; disposable cameras; electronic diaries; laptop carrying cases; mousepads; neon signs; and video games, namely, video game cartridges, discs and software

IC 014. US 002 027 028 050. G & S: Jewelry

IC 035. US 100 101 102. G & S: Organization of trade conventions in the fields of motion pictures and entertainment for business purposes

IC 041. US 100 101 107. G & S: Production and distribution of motion pictures; providing information relating to motion pictures; providing a website featuring non-downloadable film clips and music videos, and information on motion pictures, literary works, and music; organization of conventions in the fields

of motion pictures and entertainment for entertainment purposes; fan club services; providing podcasts relating to music and motion pictures; providing online computer games

IC 042. US 100 101. G & S: Computer services, namely, creating an online community for registered users to participate in competitions, showcase their skills, get feedback from their peers, form virtual communities, and engage in social networking

IC 045. US 100 101. G & S: Licensing of merchandise and intellectual property associated with motion pictures; providing online information on the licensing of merchandise associated with motion pictures

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85535423 |
| **Filing Date** | February 6, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Lions Gate Entertainment, Inc CORPORATION DELAWARE 2700 Colorado Avenue Suite 200 Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Thomas W. Brooke |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



STATUS    DOCUMENTS                                               **Back to Search**        Print

Generated on: This page was generated by TSDR on 2012-12-10 19:09:00 EST

Mark: HUNGER GAMES

# HUNGER GAMES

US Serial Number: 85535423                                  Application Filing Date: Feb. 06, 2012

Register: Principal

Mark Type: Trademark, Service Mark

Status: An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Nov. 07, 2012

## Mark Information                                               expand all

Mark Literal Elements: HUNGER GAMES

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

· Brackets [..] indicate deleted goods/services;

· Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

· Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer game programs, cartridges, and cassettes; DVDs featuring fictional drama; motion picture films about fictional drama; pre-recorded electronic media featuring fictional drama; Downloadable files in the field of entertainment, namely, ringtones, graphics, images, electronic games, and music, via a global computer network and wireless devices; downloadable electronic publications in the nature of song books, tablature, and sheet music; magnets; magnet sheets; magnetically encoded debit cards; musical sound recordings; computer storage devices, namely, blank flash drives; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting motion pictures and documentaries, covers for mobile phones; and fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile phones, portable music players, computers, computer accessories and peripherals, PDAs, gaming devices, cameras, camcorders, and e-book readers; Backpacks adapted for holding computers; camera cases; cases for mobile phones; cases for PDAs; cell phones; computer games, namely, computer game cartridges, discs, and software; decorative charms for cell phones; disposable cameras; electronic diaries; laptop carrying cases; mousepads; neon signs; and video games, namely, video game cartridges, discs and software

International 009 - Primary Class                                  U.S Class: 021, 023, 026, 036, 038
Class:

Class Status: ACTIVE

Basis: 1(b)

For: Jewelry

International 014 - Primary Class                                  U.S Class: 002, 027, 028, 050
Class:

Class Status: ACTIVE

Basis: 1(b)

For: Organization of trade conventions in the fields of motion pictures and entertainment for business purposes

International 035 - Primary Class                                  U.S Class: 100, 101, 102
Class:

Class Status: ACTIVE

Basis: 1(b)

**For:** Production and distribution of motion pictures; providing information relating to motion pictures; providing a website featuring non-downloadable film clips and music videos, and information on motion pictures, literary works, and music; organization of conventions in the fields of motion pictures and entertainment for entertainment purposes; fan club services; providing podcasts relating to music and motion pictures; providing online computer games

**International Class:** 041 - Primary Class          **U.S Class:** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Computer services, namely, creating an online community for registered users to participate in competitions, showcase their skills, get feedback from their peers, form virtual communities, and engage in social networking

**International Class:** 042 - Primary Class          **U.S Class:** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Licensing of merchandise and intellectual property associated with motion pictures; providing online information on the licensing of merchandise associated with motion pictures

**International Class:** 045 - Primary Class          **U.S Class:** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Lions Gate Entertainment, Inc

**Owner Address:** 2700 Colorado Avenue
Suite 200
Santa Monica, CALIFORNIA 90404
UNITED STATES

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Thomas W. Brooke          **Docket Number:** 72461/82

**Correspondent**

**Correspondent Name/Address:** THOMAS W. BROOKE
HOLLAND & KNIGHT LLP
800 17TH ST NW STE 1100
WASHINGTON, DISTRICT OF COLUMBIA 20006-3906
UNITED STATES

**Phone:** 202-419-2404          **Fax:** 202-419-2761

**Correspondent e-mail:** stephen.jeffries@hklaw.com;ptdocketing@hklaw.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 07, 2012 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Nov. 07, 2012 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Nov. 07, 2012 | SUSPENSION LETTER WRITTEN | 76738 |
| Oct. 17, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 16, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 16, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 26, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 73787 |
| Sep. 24, 2012 | ASSIGNED TO LIE | 73787 |
| Sep. 13, 2012 | PAPER RECEIVED | |
| Apr. 16, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 16, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 16, 2012 | NON-FINAL ACTION WRITTEN | 76738 |
| Apr. 09, 2012 | ASSIGNED TO EXAMINER | 76738 |
| Feb. 22, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 22, 2012 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 14, 2012 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Feb. 14, 2012 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Feb. 10, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 09, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

TM Attorney: LE, KHANH M      Law Office Assigned: LAW OFFICE 113

#### File Location

Current Location: TMO LAW OFFICE 113 - EXAMINING ATTORNEY ASSIGNED      Date in Location: Nov. 07, 2012

## Assignment Abstract of Title Information

Conveyance Filter

### Summary

Total Assignments: 1      Applicant: Lions Gate Entertainment, Inc

### Assignment 1 of 1

Conveyance: SECURITY INTEREST

Reel/Frame: 4874/0466      Pages: 200

Date Recorded: Oct. 04, 2012

Supporting Documents: assignment-tm-4874-0466.pdf

#### Assignor

Name: LIONS GATE ENTERTAINMENT INC.      Execution Date: Sep. 27, 2012

Legal Entity Type: CORPORATION      State or Country Where Organized: DELAWARE

#### Assignee

Name: JPMORGAN CHASE BANK, N.A. (AS ADMINISTRATIVE AGENT AND ISSUING BANK)

Legal Entity Type: NATIONAL ASSOCIATION      State or Country Where Organized: UNITED STATES

Address: 2029 CENTURY PARK EAST, 38TH FLOOR LOS ANGELES, CALIFORNIA 90067

#### Correspondent

Correspondent Name: CATHERINE R. HOWELL, SENIOR PARALEGAL

Correspondent Address:

1111 PENNSYLVANIA AVE., N.W.
MORGAN, LEWIS & BOCKIUS LLP
WASHINGTON, DC 20004

**Domestic Representative - Not Found**

# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 12 05:02:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| Goods and Services | IC 006. US 002 012 013 014 023 025 050. G & S: Metal key chains; metal dog tags |
|---|---|

IC 011. US 013 021 023 031 034. G & S: Incandescent light bulbs

IC 014. US 002 027 028 050. G & S: Lapel pins, Key chains as jewellery, Necklaces, Earrings, Bracelets, Pendants, Wrist watches

IC 016. US 002 005 022 023 029 037 038 050. G & S: Folders, Bookmarks, Stationery sets consisting of paper and envelopes, Ink stamps, Flip books, Bookends, Pencil cases, Greeting cards, Notebooks, Posters, Pens, Blank journals, Stickers, Decals, Pencil sharpeners, Erasers, Folding rulers

IC 018. US 001 002 003 022 041. G & S: Shoulder bags, Sack bags in the nature of handbags, Backpacks, Umbrellas, Reusable shopping bags, Duffel bags, Wallets

IC 020. US 002 013 022 025 032 050. G & S: Pictures frames, Mirrors, plastic keychains, non-metal dog tags, non-metal clips for sealing bags

IC 021. US 002 013 023 029 030 033 040 050. G & S: Tea light candle holders, Glass candle holders, Mugs, Lunchboxes with drinking cups

IC 022. US 001 002 007 019 022 042 050. G & S: Lanyards for holding badges

IC 024. US 042 050. G & S: Pillow cases, Bed sheets, Beach towels, Bed throws

IC 025. US 022 039. G & S: T-shirts, Sweatshirts, hooded sweatshirts, Jackets, Shirts, Pajamas, Socks, Wristbands, Beanies, Flip Flops

IC 026. US 037 039 040 042 050. G & S: Shoe laces, Belt buckles

IC 028. US 022 023 038 050. G & S: Puzzles, Modeled plastic toy figurines, Board games, Archery bows, Game cards

| Mark Drawing Code | (2) DESIGN ONLY |
|---|---|
| Design Search Code | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats<br>03.15.25 - Cardinals; Crows; Doves; Other birds; Pigeons; Ravens; Robins; Woodpeckers<br>17.03.25 - Brooches; Cuff-links; Earrings; Locket; Necktie clasps and fasteners; Pins, jewelry; Tie tacks<br>24.15.25 - Other arrows<br>26.01.01 - Circles as carriers or as single line borders |
| Serial Number | 85550343 |
| Filing Date | February 22, 2012 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | June 12, 2012 |
| Owner | (APPLICANT) Lions Gate Entertainment, Inc. CORPORATION DELAWARE Suite 200 2700 Colorado Boulevard Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Thomas W. Brooke |
| Description of Mark | The color(s) gold, red, orange, yellow and black is/are claimed as a feature of the mark. The mark consists of a circular gold and black pin featuring a bird holding an arrow in its beak, all of which is engulfed in flames of red, orange and yellow and appearing on a black background. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

STATUS    DOCUMENTS                                                              Back to Search        Print

Generated on: This page was generated by TSDR on 2012-12-12 13:21:40 EST

Mark:                                                                                          [Trademark image]

US Serial Number: 85550343                          Application Filing Date: Feb. 22, 2012

Register: Principal

Mark Type: Trademark

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of
the NOA issuance date.

Status Date: Aug. 07, 2012

Publication Date: Jun. 12, 2012                     Notice of Allowance Date: Aug. 07, 2012

## Mark Information                                                                                    expand all

Mark Literal Elements: None

Standard Character Claim: No

Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of a circular gold and black pin featuring a bird holding an arrow in its beak, all of which is engulfed in flames of red,
orange and yellow and appearing on a black background.

Color Drawing: Yes

Color(s) Claimed: The color(s) gold, red, orange, yellow and black is/are claimed as a feature of the mark.

Design Search Code(s): 01.15.15 - Fire (flames), emanating from objects, words or numbers
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Crows;Cardinals;Other birds;Pigeons;Robins;Ravens;Woodpeckers;Doves
17.03.25 - Pins, jewelry;Necktie clasps and fasteners;Locket;Earrings;Cuff-links;Brooches;Tie tacks
24.15.25 - Other arrows
26.01.01 - Circles as carriers or as single line borders

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
• Brackets [..] indicate deleted goods/services;
• Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
• Asterisks *..* identify additional (new) wording in the goods/services.

For: Metal key chains; metal dog tags

International Class: 006 - Primary Class                  U.S Class: 002, 012, 013, 014, 023, 025, 050

Class Status: ACTIVE

Basis: 1(b)

For: Incandescent light bulbs

International Class: 011 - Primary Class                  U.S Class: 013, 021, 023, 031, 034

Class Status: ACTIVE

Basis: 1(b)

For: Lapel pins, Key chains as jewellery, Necklaces, Earrings, Bracelets, Pendants, Wrist watches

International Class: 014 - Primary Class                  U.S Class: 002, 027, 028, 050

Class Status: ACTIVE

Basis: 1(b)

For: Folders, Bookmarks, Stationery sets consisting of paper and envelopes, Ink stamps, Flip books, Bookends, Pencil cases, Greeting cards, Notebooks, Posters, Pens, Blank journals, Stickers, Decals, Pencil sharpeners, Erasers, Folding rulers

International Class: 016 - Primary Class

U.S Class: 002, 005, 022, 023, 029, 037, 038, 050

Class Status: ACTIVE

Basis: 1(b)

For: Shoulder bags, Sack bags in the nature of handbags, Backpacks, Umbrellas, Reusable shopping bags, Duffel bags, Wallets

International Class: 018 - Primary Class

U.S Class: 001, 002, 003, 022, 041

Class Status: ACTIVE

Basis: 1(b)

For: Pictures frames, Mirrors, plastic keychains, non-metal dog tags, non-metal clips for sealing bags

International Class: 020 - Primary Class

U.S Class: 002, 013, 022, 025, 032, 050

Class Status: ACTIVE

Basis: 1(b)

For: Tea light candle holders, Glass candle holders, Mugs, Lunchboxes with drinking cups

International Class: 021 - Primary Class

U.S Class: 002, 013, 023, 029, 030, 033, 040, 050

Class Status: ACTIVE

Basis: 1(b)

For: Lanyards for holding badges

International Class: 022 - Primary Class

U.S Class: 001, 002, 007, 019, 022, 042, 050

Class Status: ACTIVE

Basis: 1(b)

For: Pillow cases, Bed sheets, Beach towels, Bed throws

International Class: 024 - Primary Class

U.S Class: 042, 050

Class Status: ACTIVE

Basis: 1(b)

For: T-shirts, Sweatshirts, hooded sweatshirts, Jackets, Shirts, Pajamas, Socks, Wristbands, Beanies, Flip Flops

International Class: 025 - Primary Class

U.S Class: 022, 039

Class Status: ACTIVE

Basis: 1(b)

For: Shoe laces, Belt buckles

International Class: 026 - Primary Class

U.S Class: 037, 039, 040, 042, 050

Class Status: ACTIVE

**Basis:** 1(b)

**For:** Puzzles, Modeled plastic toy figurines, Board games, Archery bows, Game cards

**International Class:** 028 - Primary Class      **U.S Class:** 022, 023, 038, 050

    **Class Status:** ACTIVE

    **Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

    **Owner Name:** Lions Gate Entertainment, Inc.

    **Owner Address:** Suite 200
                 2700 Colorado Boulevard
                 Santa Monica, CALIFORNIA 90404
                 UNITED STATES

    **Legal Entity Type:** CORPORATION      **State or Country Where** DELAWARE
                                                **Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

    **Attorney Name:** Thomas W. Brooke      **Docket Number:** 72461/82

**Correspondent**

    **Correspondent** THOMAS W. BROOKE
    **Name/Address:** HOLLAND & KNIGHT LLP
                 800 17TH ST NW STE 1100
                 WASHINGTON, DISTRICT OF COLUMBIA 20006-3906
                 UNITED STATES

    **Phone:** (202) 419-2404      **Fax:** (202) 419-2761

    **Correspondent e-mail:** stephenjeffries@hklaw.com;ptdocketing@hklaw.com      **Correspondent e-mail** Yes
                                                **Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 24, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 66230 |
| Sep. 21, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Sep. 13, 2012 | PAPER RECEIVED | |
| Aug. 07, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 12, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 12, 2012 | PUBLISHED FOR OPPOSITION | |
| May 23, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 07, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| May 03, 2012 | ASSIGNED TO LIE | 68171 |
| Apr. 16, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 09, 2012 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Apr. 09, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |

| Apr. 09, 2012 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 09, 2012 | EXAMINERS AMENDMENT -WRITTEN | 76738 |
| Mar. 27, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 26, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 26, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 26, 2012 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Mar. 26, 2012 | PRIORITY ACTION E-MAILED | 6326 |
| Mar. 26, 2012 | PRIORITY ACTION WRITTEN | 76738 |
| Mar. 26, 2012 | ASSIGNED TO EXAMINER | 76738 |
| Mar. 02, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Mar. 01, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 25, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

TM Attorney: LE, KHANH M

Law Office Assigned: LAW OFFICE 113

### File Location

Current Location: INTENT TO USE SECTION

Date in Location: Sep. 24, 2012

## Assignment Abstract of Title Information

**Conveyance Filter**

### Summary

Total Assignments: 1

Applicant: Lions Gate Entertainment, Inc.

### Assignment 1 of 1

Conveyance: SECURITY INTEREST

Reel/Frame: 4874/0466

Pages: 200

Date Recorded: Oct. 04, 2012

Supporting Documents: assignment-tm-4874-0466.pdf

### Assignor

Name: LIONS GATE ENTERTAINMENT INC.

Execution Date: Sep. 27, 2012

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

### Assignee

Name: JPMORGAN CHASE BANK, N.A. (AS ADMINISTRATIVE AGENT AND ISSUING BANK)

Legal Entity Type: NATIONAL ASSOCIATION

State or Country Where Organized: UNITED STATES

Address: 2029 CENTURY PARK EAST, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90067

### Correspondent

Correspondent Name: CATHERINE R. HOWELL, SENIOR PARALEGAL

Correspondent Address: 1111 PENNSYLVANIA AVE., N.W.
MORGAN, LEWIS & BOCKIUS LLP
WASHINGTON, DC 20004

**Domestic Representative - Not Found**



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 12 05:02:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



**Goods and Services**

IC 009. US 021 023 026 036 038. G & S: Computer game programs, cartridges, and cassettes; DVDs featuring fictional drama; motion picture films about fictional drama; pre-recorded electronic media featuring fictional drama; Downloadable files in the field of entertainment, namely, ringtones, graphics, images, electronic games, and music, via a global computer network and wireless devices; downloadable electronic publications in the nature of song books, tablature, and sheet music; magnets; magnet sheets; magnetically encoded debit cards; musical sound recordings; computer storage devices, namely, blank flash drives; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting motion pictures and documentaries; covers for mobile phones; and fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile phones, portable music players, computers, computer accessories and peripherals, PDAs, gaming devices, cameras, camcorders, and e-book readers; Backpacks adapted for holding computers; camera cases; cases for mobile phones; cases for PDAs; cell phones; computer games, namely, computer game cartridges, discs, and software; decorative charms for cell phones; disposable cameras; electronic diaries; laptop carrying cases; mousepads; neon signs; and video games, namely, video game cartridges, discs and software

IC 014. US 002 027 028 050. G & S: Jewelry

IC 035. US 100 101 102. G & S: Organization of trade conventions in the fields of motion pictures and entertainment for business purposes

IC 041. US 100 101 107. G & S: Production and distribution of motion pictures; providing information relating to motion pictures; providing a website featuring non-downloadable film clips and music videos, and information on motion pictures, literary works, and music; organization of conventions in the fields of motion pictures and entertainment for entertainment purposes; fan club services; providing podcasts relating to music and motion pictures; providing online computer games

IC 042. US 100 101. G & S: Computer services, namely, creating an online community for registered users to participate in competitions, showcase their skills, get feedback from their peers, form virtual

communities, and engage in social networking

IC 045. US 100 101. G & S: Licensing of merchandise and intellectual property associated with motion pictures; providing online information on the licensing of merchandise associated with motion pictures

| | |
|---|---|
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats<br>03.15.25 - Cardinals; Crows; Doves; Other birds; Pigeons; Ravens; Robins; Woodpeckers<br>17.03.25 - Brooches; Cuff-links; Earrings; Locket; Necktie clasps and fasteners; Pins, jewelry; Tie tacks<br>24.15.25 - Other arrows<br>26.01.01 - Circles as carriers or as single line borders<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 85535372 |
| **Filing Date** | February 6, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 17, 2012 |
| **Owner** | (APPLICANT) Lions Gate Entertainment, Inc CORPORATION DELAWARE 2700 Colorado Avenue Suite 200 Santa Monica CALIFORNIA 90404 |
| **Attorney of Record** | Thomas W. Brooke |
| **Description of Mark** | The color(s) gold, red, orange, yellow and black is/are claimed as a feature of the mark. The mark consists of a circular gold and black pin featuring a bird holding an arrow in its beak, all of which is engulfed in flames of red, orange and yellow and appearing on a black background. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| STATUS | DOCUMENTS | | **Back to Search** | Print |
|---|---|---|---|---|

Generated on: This page was generated by TSDR on 2012-12-12 13:19:35 EST

Mark:

US Serial Number: 85535372                          Application Filing Date: Feb. 06, 2012

Register: Principal

Mark Type: Trademark, Service Mark

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

Status Date: Sep. 11, 2012

Publication Date: Jul. 17, 2012                     Notice of Allowance Date: Sep. 11, 2012

## Mark Information                                                                                   expand all

Mark Literal Elements: None

Standard Character Claim: No

Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of a circular gold and black pin featuring a bird holding an arrow in its beak, all of which is engulfed in flames of red, orange and yellow and appearing on a black background.

Color Drawing: Yes

Color(s) Claimed: The color(s) gold, red, orange, yellow and black is/are claimed as a feature of the mark.

Design Search Code(s): 01.15.15 - Fire (flames), emanating from objects, words or numbers
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Robins;Pigeons;Woodpeckers;Other birds;Doves;Crows;Cardinals;Ravens
17.03.25 - Cuff-links;Brooches;Tie tacks;Pins, jewelry;Necktie clasps and fasteners;Locket;Earrings
24.15.25 - Other arrows
26.01.01 - Circles as carriers or as single line borders
26.01.21 - Circles that are totally or partially shaded.

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

• Brackets [..] indicate deleted goods/services;

• Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

• Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer game programs, cartridges, and cassettes; DVDs featuring fictional drama; motion picture films about fictional drama; pre-recorded electronic media featuring fictional drama; Downloadable files in the field of entertainment, namely, ringtones, graphics, images, electronic games, and music, via a global computer network and wireless devices; downloadable electronic publications in the nature of song books, tablature, and sheet music; magnets; magnet sheets; magnetically encoded debit cards; musical sound recordings, computer storage devices, namely, blank flash drives; digital media, namely, downloadable audio and video recordings, and CDs featuring and promoting motion pictures and documentaries; covers for mobile phones; and fitted plastic films known as skins for covering and protecting electronic apparatus, namely, mobile phones, portable music players, computers, computer accessories and peripherals, PDAs, gaming devices, cameras, camcorders, and e-book readers; Backpacks adapted for holding computers; camera cases; cases for mobile phones; cases for PDAs: cell phones; computer games, namely, computer game cartridges, discs, and software; decorative charms for cell phones; disposable cameras; electronic diaries; laptop carrying cases; mousepads; neon signs; and video games, namely, video game cartridges, discs and software

International 009 - Primary Class                    U.S Class: 021, 023, 026, 036, 038
Class:

Class Status: ACTIVE

Basis: 1(b)

**For:** Jewelry

**International Class:** 014 - Primary Class

**U.S Class:** 002, 027, 028, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Organization of trade conventions in the fields of motion pictures and entertainment for business purposes

**International Class:** 035 - Primary Class

**U.S Class:** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Production and distribution of motion pictures; providing information relating to motion pictures; providing a website featuring non-downloadable film clips and music videos, and information on motion pictures, literary works, and music; organization of conventions in the fields of motion pictures and entertainment for entertainment purposes; fan club services; providing podcasts relating to music and motion pictures; providing online computer games

**International Class:** 041 - Primary Class

**U.S Class:** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Computer services, namely, creating an online community for registered users to participate in competitions, showcase their skills, get feedback from their peers, form virtual communities, and engage in social networking

**International Class:** 042 - Primary Class

**U.S Class:** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Licensing of merchandise and intellectual property associated with motion pictures; providing online information on the licensing of merchandise associated with motion pictures

**International Class:** 045 - Primary Class

**U.S Class:** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Lions Gate Entertainment, Inc

**Owner Address:** 2700 Colorado Avenue
Suite 200
Santa Monica, CALIFORNIA 90404
UNITED STATES

Legal Entity Type: CORPORATION     State or Country Where Organized: DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Thomas W. Brooke     Docket Number: 72461/82

### Correspondent

Correspondent Name/Address: THOMAS W. BROOKE
HOLLAND & KNIGHT LLP
800 17TH ST NW STE 1100
WASHINGTON, DISTRICT OF COLUMBIA 20006-3906
UNITED STATES

Phone: (202) 419-2404     Fax: (202) 419-2761

Correspondent e-mail: stephen.jeffries@hklaw.com;ptdocketing@hklaw.com     Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 24, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 66230 |
| Sep. 21, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Sep. 13, 2012 | PAPER RECEIVED | |
| Sep. 11, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 17, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 17, 2012 | PUBLISHED FOR OPPOSITION | |
| Jun. 27, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 12, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66121 |
| Jun. 11, 2012 | ASSIGNED TO LIE | 66121 |
| May 22, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 18, 2012 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 18, 2012 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 18, 2012 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 18, 2012 | EXAMINERS AMENDMENT -WRITTEN | 88576 |
| May 15, 2012 | ASSIGNED TO EXAMINER | 88576 |
| Apr. 20, 2012 | LETTER OF PROTEST ACCEPTED | |
| Feb. 22, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 22, 2012 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 14, 2012 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Feb. 14, 2012 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Feb. 11, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Feb. 10, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 09, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

TM Attorney: RICHARDSON, JENNIFER D     Law Office Assigned: LAW OFFICE 113

### File Location

Current Location: INTENT TO USE SECTION     Date in Location: Sep. 24, 2012

## Assignment Abstract of Title Information

Conveyance Filter

### Summary

Total Assignments: 1     Applicant: Lions Gate Entertainment, Inc

## Assignment 1 of 1

| | |
|---|---|
| Conveyance: | SECURITY INTEREST |
| Reel/Frame: | 4874/0466 |
| Date Recorded: | Oct. 04, 2012 |
| Supporting Documents: | assignment-tm-4874-0466.pdf |

Pages: 200

**Assignor**

| | | | |
|---|---|---|---|
| Name: | LIONS GATE ENTERTAINMENT INC. | Execution Date: | Sep. 27, 2012 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JPMORGAN CHASE BANK, N.A. (AS ADMINISTRATIVE AGENT AND ISSUING BANK) | | |
| Legal Entity Type: | NATIONAL ASSOCIATION | State or Country Where Organized: | UNITED STATES |
| Address: | 2029 CENTURY PARK EAST, 38TH FLOOR LOS ANGELES, CALIFORNIA 90067 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | CATHERINE R. HOWELL, SENIOR PARALEGAL |
| Correspondent Address: | 1111 PENNSYLVANIA AVE., N.W. MORGAN, LEWIS & BOCKIUS LLP WASHINGTON, DC 20004 |

**Domestic Representative - Not Found**

# EXHIBIT D

Case 2:12-cv-10053-JFW-FFM Document 1 Filed 12/12/12 Page 62 of 74 Page ID #:97
Page 1 of 58
Page 2:12-cv-10053-JFW-FFM Produced by NECA



HollywoodVideo.com
Home
Walmart Exclusives
Portfolio

# The Official Hunger Games Product Line

Home » Portfolio

search...

browse:

- All
- Accessories
- Apparel
- Home Decor
- Jewelry
- Stationery
- Posters
- Novelty
- Giftware
- Action Figures



-

Hunger Games Series 2 Peeta Action Figure



Katniss Action Figure in Training Gear – Series 2



The Hunger Games Movie Collectible Gravity Booster



Hunger Games Movie 16 Month 2013 Calendar



Hunger Games Movie Mini 16 Month 2013 Calendar



Hunger Games Movie 2013 16 Month Desk Calendar



The Hunger Games Movie Mockingjay Dangle Earrings



The Hunger Games Movie "Stronger Than Fear" Single Chain Necklace



The Hunger Games Movie Mockingjay Cord Bracelet



District 12 Strategy Board Game



The Hunger Games: Training Days Strategy Game



4 New The Hunger Games Movie TShirts



The Hunger Games Movie Pencil Cases



The Hunger Games Movie Peeta Dog Tag



The Hunger Games Movie Katniss Dog Tag



The Hunger Games Assorted 6 Piece Pencil Set



The Hunger Games Movie Assorted Spiral Notebooks



The Hunger Games Movie Assorted Folders



The Hunger Games Movie Assorted Composition Notebooks



The Hunger Games Movie Tote



The Hunger Games Movie Nylon Back Sack



The Hunger Games Movie Rubber District 12 Bracelet



The Hunger Games Movie "Odds" Single Chain Necklace



The Hunger Games Movie Black Metal Mockingjay Keychain



The Hunger Games Movie "Stronger Than Fear" Lucite Keychain



The Hunger Games Movie "Odds" Lucite Keychain



The Hunger Games Movie "Peeta" Lanyard



The Hunger Games Movie "Katniss" Lanyard



.The Hunger Games Movie Katniss and Peeta Dog Tag



The Hunger Games Movie District 12 Stone Seal Dog Tags



The Hunger Games Movie Peeta Charm Bracelet



The Hunger Games Movie Katniss Charm Bracelet



The Hunger Games Movie "Stronger Than Fear" Bag Clip



The Hunger Games Movie Quote Bag Clip



The Hunger Games Movie Mockingjay Hoop Earrings



The Hunger Games Movie Journals



The Hunger Games Rue.Action Figure Toys R Us Exclusive



The Hunger Games Cato Toys R Us Exclusive Action Figure



Hunger Games Burning Mockingjay Travel Coffee Mug



Burning Mockingjay Composition Notebook



Katniss Aiming Composition Notebook



Hunger Games Peeta Composition Notebook



Hunger Games Burning Mockingjay Spiral Notebook



Hunger Games Peeta Spiral Notebook



Hunger Games Katniss Spiral Notebook



Hunger Games Movie Composition Notebook



Hunger Games Spiral Notebook



District 12 Hardshell iPad Case



Hunger Games Hard Shell Mockingjay iPad Case