Terri L. Masserman, Esq. (SBN 147815)
Mitchell F. Ducey, Esq. (SBN 154071)
MASSERMAN & DUCEY
15260 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403
(818) 646-5000 Telephone
(818) 646-5001 Facsimile
Email: tmasserman@md-llp.com
Email: mducey@md-llp.com

Attorneys for Defendants, YAGOOZON, INC., WINNING COSTUMES, LLC, BENJAMIN LIGERI, and JUSTIN LIGERI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIONS GATE ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs.-<br><br>YAGOOZON, INC., a Delaware corporation, WINNING COSTUMES, LLC, a Florida limited liability company, BENJAMIN LIGERI, an individual, JUSTIN LIGERI, an individual, SINO CREATION GIFTS AND PROMOTION CO., LTD, and DOES 1 through 10, inclusive,<br><br>Defendants<br><br>YAGOOZON, INC., a Delaware corporation, WINNING COSTUMES, LLC, a Florida limited liability company, BENJAMIN LIGERI, an individual, JUSTIN LIGERI, an individual<br><br>3rd Party Claimants<br><br>-vs.-<br><br>ALIBABA.COM, a California limited liability company; and ROES 1 through 10, inclusive,<br><br>3rd Party Defendant(s) | Case No.: CV-12-10653- JFW-FFM<br>*Complaint filed December 12, 2012*<br>*[Assigned to Hon. John F. Walter]*<br><br>**NOTICE OF DISMISSAL OF THIRD- PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

-1-

NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Third-Party Plaintiffs, YAGOOZON, INC., WINNING COSTUMES, LLC, BENJAMIN LIGERI, and JUSTIN LIGERI, hereby dismiss the Third-Party Complaint against Third-Party Defendant ALIBABA.COM, INC.

Dated: **March 28, 2013**          MASSERMAN & DUCEY, LLP

By: /s/ Terri L. Masserman
_____
TERRI L. MASSERMAN, ESQ.
MITCHELL F. DUCEY, ESQ.
Attorney for Defendants, YAGOOZON, INC., WINNING COSTUMES, LLC, BENJAMIN LIGERI, and JUSTIN LIGERI

NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

600.0101

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **15260 Ventura Boulevard, Suite 1000 in Sherman Oaks, CA 91403**

On *March 28, 2013*, I served the foregoing documents described as **NOTICE OF DISMISSAL OF THIRD- PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** and the documents were served on the interested parties in this action by placing a true copy thereof and then enclosed into and sealed the envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] BY MAIL: I deposited such envelopes in the mail at Sherman Oaks, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sherman Oaks, California, in the ordinary course of business.

[ ] BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ] BY OVERNIGHT MAIL: I caused such envelopes to be served via Golden State Overnight. I am readily familiar with the firm's practice of collection and processing of correspondence and packages for Golden State Overnight pickup and delivery, next day service. Under that practice it would be deposited in a box or at the facility regularly maintained by Golden State Overnight for next business day delivery.

[ ] BY FACSIMILE MACHINE: The foregoing document was transmitted to the named person(s) by facsimile transmission from (818) 646-5001 on said date and the transmission was reported as complete and without error on the transmission receipt kept by transmitter in the file of this matter.

[ X ] BY ELECTRONIC TRANSMISSION: Based on a Court Order or agreement of the parties to accept service by electronic transmission, I caused the foregoing document to be sent to the persons at the electronic notification address listed above. The electronic notification address from which I served the document(s) is cotis@md-llp.com.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *March 28, 2013*, at Sherman Oaks, California.

*Casey J. Otis*, Declarant

NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

600.0101

## SERVICE LIST

*Lions Gate Entertainment vs. Yagoozon, Inc., et al.*
United States District Court – Central District of California – Western Division
Case No.: CV12-10653-JFW-FFM

Jill M. Pietrini, Esq. –
jpietrini@sheppardmullin.com
Paul A. Bost, Esq. –
pbost@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-3700 telephone
(310) 228-3701 facsimile
*[Counsel for Plaintiff, Lions Gate Entertainment, Inc.]*

Celina Munoz, Esq. –
cmunoz@steptoe.com
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 734-3200 telephone
(310) 734-3300 facsimile
*[Counsel for Third-Party Defendant Alibaba.com]*

Masserman & Ducey, LLP

NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

600.0101