| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | JILL M. PIETRINI (Cal. Bar No. 138335) |
| 3 |   jpietrini@sheppardmullin.com |
| | PAUL A. BOST (Cal. Bar No. 261531) |
| 4 |   pbost@sheppardmullin.com |
| | 1901 Avenue of the Stars, Suite 1600 |
| 5 | Los Angeles, California 90067-6055 |
| | Telephone:  (310) 228-3700 / Facsimile:  (310) 228-3701 |
| 6 | |
| | Attorneys for Plaintiff Lions Gate Entertainment, Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LIONS GATE ENTERTAINMENT INC., a Delaware corporation, | Case No. 2:12-cv-10653-JFW-FFM |
| Plaintiff, | **ORDER RE: PLAINTIFF'S REQUEST TO EXTEND THE DEADLINE TO SERVE UNSERVED DEFENDANTS** |
| v. | |
| YAGOOZON, INC., a Delaware corporation, WINNING COSTUMES, LLC, a Florida limited liability company, BENJAMIN LIGERI, an individual, JUSTIN LIGERI, an individual, SINO CREATION GIFTS AND PROMOTION CO., LTD., and DOES 1-10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS pursuant to Fed.R.Civ.P. 4 and Paragraph 1 of the Standing Order of December 19, 2012, plaintiff Lions Gate Entertainment Inc.'s ("Lions Gate") failure to serve the Complaint within 120 days of its filing – i.e., April 18, 2013 – will result in the dismissal of the Complaint against any unserved defendants;

WHEREAS Lions Gate has requested a sixty day extension of the deadline to serve unserved defendants, including defendant Sino Creation Gifts and Promotion

Co., Ltd.;

WHEREAS Lions Gate has established good cause for seeking this extension; and

WHEREAS this is the first extension of this deadline sought by Lions Gate or any other party;

IT IS THEREFORE ORDERED that the deadline to serve unserved defendants in this matter is extended from April 18, 2013 until June 17, 2013.

Ordered this 19th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

-2-