SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI (Cal. Bar No. 138335)
  jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
  pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700 / Facsimile: (310) 228-3701

Attorneys for Plaintiff Lions Gate Entertainment, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LIONS GATE ENTERTAINMENT INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> YAGOOZON, INC., a Delaware corporation, WINNING COSTUMES, LLC, a Florida limited liability company, BENJAMIN LIGERI, an individual, JUSTIN LIGERI, an individual, SINO CREATION GIFTS AND PROMOTION CO., LTD., and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:12-cv-10653-JFW-FFM <br><br> **NOTICING OF LODGING [PROPOSED] PROTECTIVE ORDER** <br><br> Judge: Hon. John F. Walter <br><br> Complaint Filed: December 12, 2012 <br> Trial Date: TBD |

1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2 | RECORD:
3 |     PLEASE TAKE NOTICE that plaintiff Lions Gate Entertainment Inc.
4 | ("Lions Gate") hereby lodges its and defendants Yagoozon, Inc.'s, Winning
5 | Costumes, LLC's, Benjamin Ligeri's, and Justin Ligeri's [Proposed] Protective
6 | Order, attached hereto as **Exhibit A**.

                Respectfully submitted,

                SHEPPARD, MULLIN, RICHTER &
                HAMPTON LLP

Dated: May 17, 2013    By      /s/ Paul A. Bost
                                      PAUL A. BOST

                Attorneys for Plaintiff Lions Gate
                Entertainment, Inc.

**Proof Of Service For:**
*Lions Gate Entertainment v. Yagoozon, Inc.*
**Case No. CV12-10653 JFW (FFMx)**

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6055.

On **May 20, 2013**, I served the following document(s) described as **NOTICE OF LODGING [PROPOSED] PROTECTIVE ORDER** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

> Terri L. Masserman
>     tmasserman@md-llp.com
> Mitchell F. Ducey
>     mducey@md-llp.com
> MASSERMAN & DUCEY
> 15260 Ventura Boulevard, Suite 1000
> Sherman Oaks, CA 91403
>
> *Attorneys for Defendants Yagoozon, Inc., Winning Costumes, LLC, Benjamin Ligeri, and Justin Ligeri*

☒ **By CM/ECF Notice of Electronic Filing:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 20, 2013**, at Los Angeles, California.

*/s/ Lynne Thompson*
Lynne Thompson

SMRH:408507658.1