1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    JILL M. PIETRINI (Cal. Bar No. 138335)
3     jpietrini@sheppardmullin.com
    PAUL A. BOST (Cal. Bar No. 261531)
4     pbost@sheppardmullin.com
    1901 Avenue of the Stars, Suite 1600
5   Los Angeles, California 90067-6055
    Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701
6
    Attorneys for Plaintiff Lions Gate  Entertainment Inc.
7

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
10

11  LIONS GATE  ENTERTAINMENT          Case No. 2:12-cv-10653-JFW-FFM
    INC., a Delaware corporation,
12                                     **JOINT REPORT ON**
                Plaintiff,             **SETTLEMENT**
13
            v.                         Judge:  Hon. John F. Walter
14
    YAGOOZON, INC., a Delaware
15  corporation, WINNING COSTUMES,     Complaint Filed:      December 12,
    LLC, a Florida limited liability   2012
16  company, BENJAMIN LIGERI, an       Trial Date:      December 17, 2013
    individual, JUSTIN LIGERI, an
17  individual, SINO CREATION GIFTS
    AND PROMOTION CO., LTD., and
18  DOES 1-10, inclusive,
19              Defendants.
20

21

22          Plaintiff Lions Gate Entertainment Inc. ("Lions Gate") and defendants

23  Yagoozon, Inc., Winning Costumes, LLC, Benjamin Ligeri, and Justin Ligeri

24  (collectively "Defendants") hereby submit this joint report concerning the settlement

25  conference conducted on July 31, 2013.  Defendant Sino Creation Gifts and

26  Promotion Co., Ltd. is a Chinese company that has not yet been served with the

27  Summons and Complaint.

28

On July 31, 2013, the parties conducted a settlement conference. Lions Gate attended the conference with two representatives and counsel. Defendants attended with counsel and a representative from Defendants' insurance company. Defendant Justin Ligeri, acting on behalf of Defendants Yagoozon, Inc., Winning Costumes, LLC and Justin Ligeri, appeared at the conference by telephone. Defendant Benjamin Ligeri was available at the conference by telephone. The settlement conference was conducted by Attorney Gary Urwin.

Despite the parties' efforts throughout the day and evening, the case did not settle. Discovery is proceeding; however, the parties hope that a resolution can be reached before trial.

Respectfully submitted,

MASSERMAN & DUCEY

Dated: August 12. 2013        By _____ /s/ Terri L. Masserman _____

Terri L. Masserman
Mitchell F. Ducey

Attorneys for Defendants
*Yagoozon, Inc. Winning Costumes, LLC,*
*Benjamin Ligeri, and Justin Ligeri*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  August 12, 2013

By _____ /s/ Jill M. Pietrini
      Jill M. Pietrini
      Paul A. Bost

      Attorneys for Plaintiff
      *Lions Gate Entertainment Inc.*

SMRH:409911217.2

JOINT REPORT ON SETTLEMENT