**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 12-10653-JFW (FFMx)**                    Date: November 13, 2013

Title:      Lions Gate Entertainment, Inc. -*v*- Yagoozon Inc., et al.

---

**PRESENT:**
       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       **Shannon Reilly**                               **None Present**
       **Courtroom Deputy**                             **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER RE: OBJECTIONS IN PRE-TRIAL EXHIBIT STIPULATION**


       Based on the Court's preliminary review of the Pre-Trial Exhibit Stipulation filed on November 12, 2013, the Court concludes that the majority of the objections are frivolous and not made in good faith.  Accordingly, the Court orders lead counsel for the parties to meet and confer, in person, to resolve the objections to the exhibits.  Prior to the conference, counsel shall exchange the exhibits that are identified in the Pre-Trial Exhibit Stipulation.  At the conference, counsel shall review each of the exhibits to which there is a objection and attempt to resolve the objection.  After the conference, counsel shall, on or before **November 20, 2013**, file a joint statement, advising the Court that all of the objections have been resolved.  In the unlikely event, that the parties cannot resolve all of the objections, the parties shall, on or before **November 20, 2013**, file a joint statement in the following format:

**JOINT STATEMENT RE: OBJECTIONS IN PRE-TRIAL EXHIBIT STIPULATION**

       The parties were able to resolve the objections identified in the Pre-Trial Exhibit Stipulation as to Exhibit Nos. [e.g., 11, 13, etc.].  The parties were not able to resolve the objections identified in the Pre-Trial Exhibit Stipulation as to the following Exhibits:

**Plaintiffs' Exhibit  #14:** [Description and identity of witness from stipulation ]

       **Defendant's Grounds for the Objection** :  [Cite the grounds and authority for the objection, e.g., Relevance under Fed. R. Evid. 401; Foundation under Fed. R. Evid. 901].

**Plaintiffs' Response to the Objection**:  [e.g., this document is relevant to the Plaintiff's first claim for relief because . . . .]

**Defendant's Response:**  [e.g., this documents is not relevant to Plaintiffs' first claim for relief because . . . .]


IT IS SO ORDERED.

Initials of Deputy Clerk  sr