UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 12-10653-JFW (FFMx)** | Date: November 13, 2013 |
| Title: | Lions Gate Entertainment, Inc. -v- Yagoozon Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER STRIKING PLAINTIFF'S JURY INSTRUCTIONS [filed 11/11/13; Docket No. 116];**

**ORDER STRIKING DEFENDANTS' JURY INSTRUCTIONS [filed 11/12/13; Docket No. 127];**

**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR VIOLATION OF THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER; and**

**ORDER REGARDING RE-FILING OF JURY INSTRUCTIONS**

The Court has reviewed Plaintiff's Proposed Jury Instructions [filed November 11, 2013; Docket No. 116] and Defendants' Proposed Jury Instructions [filed November 12, 2013; Docket No. 127]. These proposed jury instructions fail to comply with paragraph 6(f) of the Court's February 27, 2013 Scheduling and Case Management Order ("CMO").

Accordingly, the parties are ordered to show cause, in writing, by November 18, 2013 why the Court should not impose sanctions in the amount of $5,000 against each lead counsel for their violation of paragraph 6(f) of the CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

In addition, the parties shall re-file the proposed jury instructions that fully comply with paragraph 6(f) of the CMO by November 18, 2013.

IT IS SO ORDERED.