Terri L. Masserman, Esq. (SBN 147815)
Mitchell F. Ducey, Esq. (SBN 154071)
MASSERMAN & DUCEY
15260 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403
(818) 646-5000 Telephone
(818) 646-5001 Facsimile
Email: tmasserman@md-llp.com
Email: mducey@md-llp.com

Attorneys for Defendants, YAGOOZON, INC., WINNING COSTUMES, LLC, BENJAMIN LIGERI, and JUSTIN LIGERI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIONS GATE ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>-vs.-<br><br>YAGOOZON, INC., a Delaware corporation, WINNING COSTUMES, LLC, a Florida limited liability company, BENJAMIN LIGERI, an individual, JUSTIN LIGERI, an individual, SINO CREATION GIFTS AND PROMOTION CO., LTD, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV-12-10653- JFW-FFM<br>*Complaint filed December 12, 2012*<br>*[Assigned to Hon. John F. Walter]*<br><br>**DEFENDANTS' NOTICE OF INTENT TO WITHDRAW AFFIRMATIVE DEFENSES TO BE PRESENTED AT TRIAL IN RESPONSE TO COURT'S ORDER DATED NOVEMBER 12, 2013 (DOC. 129)**<br><br>Pre-Trial Conf.: November 22, 2013<br>Trial Date:      December 17, 2013 |

**TO THIS HONORABLE COURT AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants YAGOOZON, INC., WINNING COSTUMES, LLC, BENJAMIN LIGERI and JUSTIN LIGERI (collectively, "Defendants"), in response to the Court's Order Regarding Offers of Proof for

Affirmative Defenses, dated November 12, 2013 (Doc. 129), hereby withdraw the following Affirmative Defenses set forth in their Answer filed in this action on January 28, 2013:

    First Affirmative Defense:  Failure to State a Claim

    Fourth Affirmative Defense:  No Causation

    Eighth Affirmative Defense:  Statutes of Limitation

    Fourteenth Affirmative Defense:  Lack of Required Distinctiveness

    Fifteenth Affirmative Defense:  Trade Dress

    Nineteenth Affirmative Defense:  No Standing

    Twenty-First Affirmative Defense:  Duplicative Claims

    Twenty-Fourth Affirmative Defense:  Lack of Venue

    Twenty-Fifth Affirmative Defense:  Forum Non Conveniens

DATED: *November 15, 2013*          Respectfully Submitted,

                                      MASSERMAN & DUCEY, LLP

                                      By:   /s/ Mitchell F. Ducey
                                            TERRI L. MASSERMAN, ESQ.
                                            MITCHELL F. DUCEY, ESQ.
                                            Attorney for Defendants, YAGOOZON, INC., WINNING COSTUMES, LLC, BENJAMIN LIGERI, and JUSTIN LIGERI

**PROOF OF SERVICE FOR:**

<u>Lions Gate Entertainment v. Yagoozon, Inc.</u>
Case No. CV12-10653 JFW (FFMx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is **15260 Ventura Boulevard, Suite 1000 in Sherman Oaks, CA 91403.**

On *November 15, 2013*, I served the foregoing document(s) described as **DEFENDANTS' NOTICE OF INTENT TO WITHDRAW AFFIRMATIVE DEFENSES TO BE PRESENTED AT TRIAL IN RESPONSE TO COURT'S ORDER DATED NOVEMBER 12, 2013 (DOC. 129)** on all interested parties in this action by placing a true copy thereof and then enclosed into and sealed the envelope(s) addressed as follows:

Jill M. Pietrini, Esq. – jpietrini@sheppardmullin.com
Paul A. Bost, Esq. – pbost@shepparedmullin.com
Benjamin O. Aigboboh – baigboboh@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-3700 telephone
(310) 228-3701 facsimile
*[Counsel for Plaintiff, Lions Gate Entertainment, Inc.]*

[X]  **By CM/ECF Notice of Electronic Filing**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *November 15, 2013*, at Sherman Oaks, California.

*Philip N. Blanco*, Declarant

---

**DEFENDANTS' NOTICE OF INTENT TO WITHDRAW AFFIRMATIVE DEFENSES TO BE PRESENTED AT TRIAL IN RESPONSE TO COURT'S ORDER DATED NOVEMBER 12, 2013 (DOC. 129)**
3