UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 12-10653-JFW (FFMx)** | Dated: **November 15, 2013** |
| Title: | Lions Gate Entertainment, Inc. -*v*- Yagoozon Inc., et al. | |

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Jill M. Pietrini | Mitchell F. Ducey |
| | Terri L. Masserman |

**PROCEEDINGS:**   SETTLEMENT HEARING

The case is called, and appearances made.  Clients present as stated on the record.

There is a full and complete settlement of the case.  The terms and conditions of the settlement are placed on the record.

The Pretrial Conference scheduled for November 22, 2013 and the Jury Trial scheduled for December 17, 2013 are hereby vacated.  Motions in Limine No.'s 1 through 10 are denied as moot, and the Motion for Summary Judgment is denied as Moot.

Order to Show Cause is discharged [132].

IT IS SO ORDERED.

Initials of Deputy Clerk    sr

0/30